**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **SBIH, LLC** |
|----|----|----|

| 2. | All other names debtor used in the last 8 years | DBA  Shrimp Basket Auburn |
|----|----|----|
| | Include any assumed names, trade names and *doing business as* names | DBA  Shrimp Basket Bay Minette |
| | | DBA  Shrimp Basket Columbus |
| | | DBA  Shrimp Basket Cullman |
| | | DBA  Shrimp Basket Destin |
| | | DBA  Shrimp Basket Evergreen |
| | | DBA  Shrimp Basket Foley |
| | | DBA  Spence Enterprises |
| | | DBA  Shrimp Basket Ft. Walton |
| | | DBA  Shrimp Basket Gardendale |
| | | DBA  Shrimp Basket Gulf Shores |
| | | DBA  Shrimp Basket Gulfport |
| | | DBA  Shrimp Basket Hattiesburg |
| | | DBA  Shrimp Basket Homewood |
| | | DBA  Shrimp Basket Irondale |
| | | DBA  Shrimp Basket Madison |
| | | DBA  Shrimp Basket Milton |
| | | DBA  Shrimp Basket Montgomery |
| | | DBA  Shrimp Basket Navarre |
| | | DBA  Shrimp Basket Navy (Davis) |
| | | DBA  Shrimp Basket Nine Mile |
| | | DBA  Shrimp Basket Old Shell Road |
| | | DBA  Shrimp Basket Orange Beach |
| | | DBA  Shrimp Basket Panama City |
| | | DBA  Shrimp Basket Panama City Beach |
| | | DBA  Shrimp Basket Pensacola Beach |
| | | DBA  Shrimp Basket Perdido Key |
| | | DBA  Shrimp Basket Ridgeland |
| | | DBA  Shrimp Basket Tillman's Corner |
| | | DBA  Shrimp Basket Tuscaloosa |
| | | DBA  Shrimp Basket Warrington |
| | | DBA  The Shrimp Basket |
| | | FDBA  Shrimp Basket Intermediate Holdings, LLC |

| 3. | Debtor's federal Employer Identification Number (EIN) | **81-3248798** |
|----|----|----|

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|----|----|----|----|
| | | **7282 Plantation Rd., #301**<br>**Pensacola, FL 32504** | **c/o G2 Capital Advisors, LLC**<br>**420 Boylston St., #302**<br>**Boston, MA 02116** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |

Debtor   **SBIH, LLC**
Name

Case number (*if known*)

**Escambia**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.   **Debtor's website** (URL)

6.   **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

| Debtor | **SBIH, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **See Attachment** | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor   **SBIH, LLC**
_____   Case number (_if known_) _____
Name

**11. Why is the case filed in _this district_?**   _Check all that apply:_

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■   No

☐   Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐   It needs to be physically secured or protected from the weather.

☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐   Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐   No

☐   Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**   .   _Check one:_

☐   Funds will be available for distribution to unsecured creditors.

■   After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 – $50,000 | ☐ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |
| ☐ $50,001 – $100,000 | ☐ $10,000,001 – $50  million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 – $50  million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

Debtor  **SBIH, LLC**                                                                       Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 16, 2020**
             MM / DD / YYYY

**X** **/s/ Jeffrey T. Varsalone**                    **Jeffrey T. Varsalone**
    Signature of authorized representative of debtor        Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Richard R. Thames**                    Date   **July 16, 2020**
    Signature of attorney for debtor                        MM / DD / YYYY

**Richard R. Thames**
Printed name

**Thames Markey & Heekin, PA**
Firm name

**50 North Laura Street**
**Suite 1600**
**Jacksonville, FL 32202**
Number, Street, City, State & ZIP Code

Contact phone   **904-358-4000**        Email address   **abd@tmhlaw.net**

**0718459 FL**
Bar number and State

Debtor    **SBIH, LLC**
Name

Case number (*if known*)

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number (*if known*)                    Chapter    **7**

☐ Check if this an
amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **SB FSD, LLC** | Relationship to you | **Subsidiary** |
| District | **Northern District of Florida** When | Case number, if known | |
| Debtor | **SBBC Shell, LLC** | Relationship to you | **Subsidiary** |
| District | **Northern District of Florida** When | Case number, if known | |
| Debtor | **SBNH, LLC** | Relationship to you | **Parent company** |
| District | **Northern District of Florida** When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name     **SBIH, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■     *Schedule H: Codebtors* (Official Form 206H)

■     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐     Amended *Schedule* _____

☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐     Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __**July 16, 2020**__          X _/s/ Jeffrey T. Varsalone_
                                                          Signature of individual signing on behalf of debtor

                                                          **Jeffrey T. Varsalone**
                                                          Printed name

                                                          **Chief Restructuring Officer**
                                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **SBIH, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................... $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................ $ _____ 25,833.61

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................. $ _____ 25,833.61

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ 22,125,302.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ _____ 10,733.49

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ _____ 2,006,449.89

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b                                                                   $ _____ 24,142,485.38

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **SBIH, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:       Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Synovus Bank [account title - Shrimp Basket of Perdido Key, LLC] [book balance as of 07/15/2020] | **Business Checking Account** | **4093** | **$25,833.61** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $25,833.61 |
|---|

### Part 2:       Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:       Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:       Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **SBIH, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                    % of ownership

| | | | | |
|---|---|---|---|---|
| 15.1. | **SBBC Shell, LLC; EIN - 26-2657180 [subsidiary debtor entity]** | **100** % | | **Unknown** |
| 15.2. | **SB FSD, LLC; EIN - 46-1292005 [subsidiary debtor entity]** | **100** % | | **Unknown** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.                                                    **$0.00**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ■ No.  Go to Part 8.
  ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ■ No.  Go to Part 9.
  ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **SBIH, LLC**                                    Case number *(if known)* _____
        _____
        Name

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| **71.**    **Notes receivable** <br> Description (include name of obligor) | |
| **72.**    **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| **73.**    **Interests in insurance policies or annuities** <br> **National Surety Corporation Commercial Business Insurance Policy No. S.60.MXC80517990 [08/01/2019 - 08/01/2020]** | $0.00 |
| **Independent Speciality Insurance Company General Property Insurance Policy No. VIS.CN.0001917.01 [08/01/2019 - 08/01/2020]** | $0.00 |
| **Certain Underwriters at Lloyds (Consortium #9226) General Property Insurance Policy No. VPC.CN.0001917.01 [08/01/2019 - 08/01/2020]** | $0.00 |
| **Interstate Fire & Casualty Company General Property Insurance Policy No. VRX.CN.0001917.01 [08/01/2019 - 08/01/2020]** | $0.00 |
| **74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.**    **Trusts, equitable or future interests in property** | |
| **77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| **78.**    **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | $0.00 |
| --- | --- |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **SBIH, LLC**
_____    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,833.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $25,833.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,833.61 |

**Fill in this information to identify the case:**

Debtor name　**SBIH, LLC**

United States Bankruptcy Court for the:　NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property　12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:　List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Hitachi Capital America Corp.**
Creditor's Name

**7808 Creekridge Cir., #250
Minneapolis, MN 55439**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Conditioned Air Solutions 200 unit**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown　　Unknown

**2.2 M2 Lease Funds, LLC**
Creditor's Name

**175 N. Patrick Blvd., #140
Brookfield, WI 53045**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Certain kitchen equipment**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Unknown　　Unknown

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | SBIH, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

---

| 2.3 | **Shrimp Basket Restaurants, LLC** | Describe debtor's property that is subject to a lien | $22,125,302.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**201 N. New York Ave., #200
Winter Park, FL 32789**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket lien on all assets**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $22,125,302.00 |
|---|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Hitachi Capital America Corp.<br>P.O. Box 1880<br>Minneapolis, MN 55480-1880 | Line  2.1 | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **SBIH, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **Alabama Dept. of Revenue Corporate Tax Section P.O. Box 327430 Montgomery, AL 36132-7430** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **Baldwin County Revenue Commission 201 E. Section Ave. Foley, AL 36535** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    43965                    Best Case Bankruptcy

| Debtor | **SBIH, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,193.52 | $3,193.52 |
|---|---|---|---|---|

**Bay County Tax Collector
850 W. 11th St.
Panama City, FL 32401**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**[balance as of 06/16/2020]** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Columbus Tax Comissioner
3111 Citizens Way
Columbus, GA 31906**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Conecuh County Tax Collector
111 Court St., #106
Evergreen, AL 36401**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cullman County Revenue Commissioner
500 2nd Ave. SW, #102
Cullman, AL 35055**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

Debtor    **SBIH, LLC**                                                        Case number (if known) _____

_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Escambia County Tax Collector**
**213 Palafox Pl.**
**Pensacola, FL 32502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**FL Dept. of Revenue**
**5050 W. Tennessee St.**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**FL Dept. of State**
**Clifton Building**
**2661 Executive Center Dr.**
**Tallahassee, FL 32301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Forrest Tax Collector's Office**
**601 Main St.**
**Hattiesburg, MS 39401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

Debtor    **SBIH, LLC**              Case number (if known) _____

     Name

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Georgia Dept. of Revenue**
**P.O. Box 740397**
**Atlanta, GA 30374-0397**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Harrison County Tax Collector**
**1801 23rd Ave.**
**Gulfport, MS 39501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jefferson County Tax Assessor**
**716 Richard Arrington Jr. Blvd. N**
**#170**
**Birmingham, AL 35203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **SBIH, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lee County Revenue Commissioner**
**215 S. 9th St.**
**Opelika, AL 36801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Louisiana Dept. of Revenue**
**P.O. Box 201**
**Baton Rouge, LA 70821-0201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Madison County Tax Assessor**
**171 Cobblestone Dr.**
**Madison, MS 39110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,539.97 | $7,539.97 |
|---|---|---|---|---|

**Madison County Tax Collector**
**100 North Side Square, #116**
**Huntsville, AL 35801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**[balance as of 06/16/2020]**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **SBIH, LLC**                            Case number *(if known)*
Name

| | | |
|---|---|---|
| **2.19** Priority creditor's name and mailing address<br>**Mississippi Dept. of Revenue**<br>**P.O. Box 23050**<br>**Jackson, MS 39225-3050** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00     $0.00 |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.20** Priority creditor's name and mailing address<br>**Mobile County Revenue**<br>**Commission**<br>**3925 Michael Blvd., #G**<br>**Mobile, AL 36609** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00     $0.00 |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.21** Priority creditor's name and mailing address<br>**Montgomery Revenue**<br>**Commission**<br>**100 S. Lawrence St.**<br>**Montgomery, AL 36104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00     $0.00 |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.22** Priority creditor's name and mailing address<br>**Okaloosa County Tax Collector**<br>**1250 N. Eglin Pkwy., #101**<br>**Shalimar, FL 32579** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00     $0.00 |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **SBIH, LLC**            Case number (if known) _____

Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Santa Rosa County Tax Collector**
**6495 Caroline St. E**
**Milton, FL 32570**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tuscaloosa County Tax Collector**
**714 Greensboro Ave.**
**Tuscaloosa, AL 35401**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**A Perfect Pressure Cleaning Inc**
**P O Box 55**
**Baker, FL 32531**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **[Shrimp Basket Madison] [balance as of 06/16/2020]**

Is the claim subject to offset?   [x] No   [ ] Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | | $295.80 |
|---|---|---|---|

**Aaron's Lock**
**190 Northside Cir.**
**Gulf Shores, AL 36542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **[balance as of 06/16/2020]**

Is the claim subject to offset?   [x] No   [ ] Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | | $335.40 |
|---|---|---|---|

**Aaron's Lock Service**
**190 Northshore Cir.**
**Gulf Shores, AL 36542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **[balance as of 06/16/2020]**

Is the claim subject to offset?   [x] No   [ ] Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **SBIH, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,434.35** |
|---|---|---|---|

**Ackerman Security Systems**
**1346 Oakbrook Dr., #175**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$308.00** |
|---|---|---|---|

**Acoustical Specialist Inc**
**P O Box 37190**
**Pensacola, FL 32526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[Shrimp Basket Intermediate] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$337.50** |
|---|---|---|---|

**Air Care Systems**
**P O Box 1621**
**Hunstville, AL 35807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[Shrimp Basket Madison] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,505.32** |
|---|---|---|---|

**Air Flow Mechnical Services, LLC**
**P.O. Box 121**
**Pensacola, FL 32504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,032.54** |
|---|---|---|---|

**Airgas National Carbonation**
**P O Box 734673**
**Dallas, Tx 75373-4673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,457.67** |
|---|---|---|---|

**Akerman LLP**
**P.O. Box 4906**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,978.08** |
|---|---|---|---|

**Alabama Power**
**P. O. Box 242**
**Birmingham, AL 35292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utilities [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **SBIH, LLC**
<br>Name

Case number (if known) _____

| | |
|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

**Alicia Averitt**
**24749 Daw Rd.**
**Elberta, AL 36530**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **EEOC charge of discrimination**

Is the claim subject to offset? ■ No □ Yes

---

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.

**$198,886.45**

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? □ No □ Yes

---

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.

**$2,215.00**

**American Lawn Company**
**PO BOX 362-123**
**Hoover, AL 35236**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No □ Yes

---

| | |
|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.

**$2,114.62**

**Anytime Plumber**
**175 W Airport Blvd**
**Pensacola, FL 32505**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No □ Yes

---

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.

**$6,168.00**

**Ashland Station, LLC**
**2600 Dauphin Street**
**Mobile, AL 36606**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Rent [Shrimp Basket Old Shell Road] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No □ Yes

---

| | |
|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.

**$592.65**

**AT&T**
**P. O. Box 105262**
**Alanta, GA 30348**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utilities [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No □ Yes

---

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.

**$267.05**

**AT&T**
**P O Box 105251**
**Atlanta, Ga 30348-5251**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utilities [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No □ Yes

---

Debtor    **SBIH, LLC**                                                              Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Auburn Water Works Board**
**1501 W Samford Ave**
**Auburn, AL 36832**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$361.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities [Shrimp Basket Auburn] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** |

**Auto Chlor - Hattiesburg**
**193 Country Place Parkway**
**Pearl, MS 39208**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                  **$2,657.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** |

**Auto Chlor -Tuscaloosa**
**7452 Hwy 45 N**
**Columbus, MS 39705**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                  **$1,216.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [Shrimp Basket Tuscaloosa] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** |

**Auto Chlor Services, LLC**
**P O Box 4869**
**Dept 205**
**Houston, TX 77210-4869**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$30,865.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** |

**Axion Communicatons**
**3201 Corte Malpaso #311**
**Camarillo, CA 93012**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                  **$2,468.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities [Shrimp Basket Intermediate] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** |

**Baldwin Emc**
**P. O. Box 220**
**Summerdale, AL 36580**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                  **$6,648.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** |

**Barry Willingham, ACTA**
**P.O. Box 2220**
**Cullman, AL 35056-2220**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                  **$3,786.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [Shrimp Basket Cullman] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **SBIH, LLC**
_____    Case number (if known) _____
  Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174.90 |

**Bay Area Point of Sales Inc**
**35992 Boykin Blvd**
**Lillian, AL 36549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[balance as of 06/16/2020]**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $767.39 |

**Bay Climate Control & Refrigeration LLC**
**P O Box 180443**
**Mobile, AL 36618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[Shrimp Basket Destin] [balance as of 06/16/2020]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,397.25 |

**Beavers Law, LLC**
**4301 Dolly Ridge Rd.**
**  FL 32543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[balance as of 06/16/2020]**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |

**Bengal Development, LLC**
**727 Sunset Rd**
**Collins, MS 39428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent [Shrimp Basket Navarre] [balance as of 06/16/2020]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,924.00 |

**BHT Grease Trap Solutions**
**P O Box 1596**
**Birmingham, AL 35201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[balance as of 06/16/2020]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,450.00 |

**Bill Salter Advertising, Inc.**
**P.O. Box 761**
**Milton, FL 32572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[balance as of 06/16/2020]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.98 |

**Birmingham Water Works**
**P.O. Box 830269**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[balance as of 06/16/2020]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor  **SBIH, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,805.85** |

**BKD, LLP**
**14241 Dallas Parkway, Ste. 1100**
**Dallas, TX 75254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

**$48,805.85**

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,248.00** |

**Bon Secour Fisheries**
**P O Box 60**
**Bon Secour, AL 36511**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00** |

**Brandon Taff**
**3001 Willow Lane Dr.**
**Montgomery, AL 36109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**BSD Food, Ltd.**
**3900 Montclair Rd., #310**
**Birmingham, AL 35213**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential unpaid rent claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00** |

**Cardinal Web Solutions**
**P.O. Box 930359**
**Atlanta, GA 31193-0359**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Carol Coplin**
**12206 Front Beach Rd.**
**Panama City Beach, FL 32407**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential unpaid rent claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,500.00** |

**CBD, Inc**
**2056 Oak Grove Road**
**Hattiesburg, MS 39402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent [Shrimp Basket Hattiesburg] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SBIH, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.95 |
|---|---|---|---|

**CenterPoint Energy, Inc.**
P O Box 4981
Houston, TX 77210

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities [Shrimp Basket Ridgeland] [balance as of 06/16/2020]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,229.60 |
|---|---|---|---|

**Central Restaurant Products**
P.O. Box 78070
Indianapolis, IN 46278-0070

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __[Shrimp Basket Gulf Shores] [balance as of 06/16/2020]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $566.48 |
|---|---|---|---|

**Century Link**
P O Box 4300
Carol Stream, IL 60197-4300

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __[Shrimp Basket Foley] [balance as of 06/16/2020]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,085.00 |
|---|---|---|---|

**Certified Hood & Fire Specialists, Inc.**
P.O. Box 1963
Foley, AL 36536

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __[balance as of 06/16/2020]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,135.04 |
|---|---|---|---|

**CIMA Engery Solutions LLC**
P O Box 746225
Atlanta, GA 30374-6225

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities [Shrimp Basket Panama City Beach] [balance as of 06/16/2020]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,966.92 |
|---|---|---|---|

**Cintas - Cincinnati Oh**
P O Box 630910
Cincinnati, OH 45263

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __[balance as of 06/16/2020]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,584.79 |
|---|---|---|---|

**Cintas - Dallas Tx**
P O Box 650838
Dallas, TX 75265

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __[balance as of 06/16/2020]__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **SBIH, LLC**
_____   Case number *(if known)* _____
Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,564.06 |

**City of Auburn**
**144 Tichenor Ave., #6**
**Auburn, AL 36830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,636.41 |

**City of Evergreen**
**P.O. Box 229**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,038.96 |

**City of Foley**
**P. O. Box 1750**
**Foley, AL 36536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  [Shrimp Basket Foley] [balance as of 06/16/2020]

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $909.88 |

**City of Fort Walton Beach**
**107 Miracle Strip Pkwy SW,**
**Fort Walton Beach, FL 32548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Utilities [Shrimp Basket Ft. Walton] [balance as of 06/16/2020]

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.87 |

**City of Gulf Breeze**
**PO Box 640**
**Gulf Breeze, FL 32562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Utilities [Shrimp Basket Pensacola Beach] [balance as of 06/16/2020]

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185.40 |

**City of Gulfport Water and Sewer**
**PO Box 123643**
**Dept 3643**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Utilities [Shrimp Basket Gulfport] [balance as of 06/16/2020]

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,997.03 |

**City of Milton-**
**P. O. Box 909**
**Milton, FL 32572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Utilities [Shrimp Basket Milton] [balance as of 06/16/2020]

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **SBIH, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,344.62 |
|---|---|---|---|

**City of Panama City Beach**
116 S. Arnold Rd.
Panama City Beach, FL 32413

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,205.55 |
|---|---|---|---|

**City of Pensacola**
P. O. Box 12910
Pensacola, FL 32521

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.13 |
|---|---|---|---|

**City of Ridgeland**
P O Box 217
Ridgeland, Ms 39158-0217

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [Shrimp Basket Ridgeland] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517.21 |
|---|---|---|---|

**City of Tuscaloosa Water & Sewer Dep**
P O Box 2153
Birmingham, AL 35287

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities [Shrimp Basket Tuscaloosa] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.25 |
|---|---|---|---|

**City Produce**
PO Box 1334
Fort Walton Beach, FL 32549

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [Shrimp Basket Panama City Beach] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,437.88 |
|---|---|---|---|

**Clarke-Mobile Counties Gas District**
24831 Canal Road
Orange Beach, AL 36561

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities [Shrimp Basket Orange Beach] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,400.54 |
|---|---|---|---|

**Cleveland-Menu Printing, Inc.**
1441 E. 17th St.
Cleveland, OH 44114

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SBIH, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,761.55 |
|---|---|---|---|

**3.60** Nonpriority creditor's name and mailing address
**Coca Cola - United**
**P O Box 105637**
**Atlanta, GA 30348-5637**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$24,761.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address
**Columbus Water Works**
**P O Box 1600**
**Columbus, GA 31902**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$71.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities [Shrimp Basket Columbus] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address
**Comcast Business**
**P O Box 71211**
**Charlotte, NC 28272-1211**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$261.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address
**Conditioned Air Solutions LLC**
**200 Dan Tibbs Rd NW**
**Huntsville, AL 35806**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$2,220.19**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Shrimp Basket Madison] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address
**Cornerstone Media**
**2611 Commerce Blvd.**
**Birmingham, AL 35210**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$521.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address
**Costa Verde Landscaping LLC**
**P O Box 19097**
**Panama City Beach, FL 32417**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Shrimp Basket Panama City Beach] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address
**Cottle Properties LLC**
**6003 Veterans Parkway**
**Columbus, GA 31909**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$37,095.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent [Shrimp Basket Columbus] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SBIH, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.52 |
|---|---|---|---|

| 3.67 | Nonpriority creditor's name and mailing address |
|---|---|
| | **Cox Business - Dallas** |
| | **P O Box 919243** |
| | **Dallas, TX 75391-9243** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$162.52**

Basis for the claim:  Utilities [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address |
|---|---|
| | **Cox Business - Detroit** |
| | **P O Box 771911** |
| | **Detroit, Mi 48277-1911** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,848.89**

Basis for the claim:  Utilities [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address |
|---|---|
| | **CPC - Dallas, TX** |
| | **P.O. Box 660831** |
| | **Dallas, TX 75266** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,666.45**

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address |
|---|---|
| | **CT Corporation** |
| | **P.O. Box 4349** |
| | **Carol Stream, IL 60197** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,695.00**

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address |
|---|---|
| | **Cullman Power Board** |
| | **P O Box 1680** |
| | **Cullman, AL 35056-1680** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,078.00**

Basis for the claim:  Utilities [Shrimp Basket Cullman] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address |
|---|---|
| | **Cullman-Jefferson Counties Gas District** |
| | **P O Box 399** |
| | **Cullman, AL 35056-0399** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$590.84**

Basis for the claim:  Utilities [Shrimp Basket Cullman] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address |
|---|---|
| | **Cypress Outdoor Advertising, LLC** |
| | **P.O. Box 15457** |
| | **Hattiesburg, MS 39404** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,550.00**

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **SBIH, LLC**                                                Case number (if known) _____
_____
Name

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,397.99 |
|---|---|---|---|

3.74   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$26,397.99**
**D&H Investment Properties, LLC**
**110 Moores Road**
**Mandeville, LA 70471**                                   ☐ Contingent
                                                           ☐ Unliquidated
Date(s) debt was incurred _                                 ☐ Disputed
Last 4 digits of account number _                          Basis for the claim:  Rent [Shrimp Basket Sherwood Forest] [balance as of 06/16/2020]

                                                           Is the claim subject to offset? ■ No ☐ Yes

3.75   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$138.92**
**Dana Graham**
**2403 Bradley Avenue**
**Bay Minette, AL 36507**                                  ☐ Contingent
                                                           ☐ Unliquidated
Date(s) debt was incurred _                                 ☐ Disputed
Last 4 digits of account number _                          Basis for the claim:  [Shrimp Basket Bay Minette] [balance as of 06/16/2020]

                                                           Is the claim subject to offset? ■ No ☐ Yes

3.76   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$4,500.00**
**Desporte and Sons Seafood, Inc**
**1075 Division Street**
**P O Box 704**
**Biloxi, MS 39533**                                       ☐ Contingent
                                                           ☐ Unliquidated
Date(s) debt was incurred _                                 ☐ Disputed
Last 4 digits of account number _                          Basis for the claim:  [balance as of 06/16/2020]

                                                           Is the claim subject to offset? ■ No ☐ Yes

3.77   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$173.73**
**Destin Water Users, Inc.**
**P O Box 308**
**Destin, FL 32540**                                       ☐ Contingent
                                                           ☐ Unliquidated
Date(s) debt was incurred _                                 ☐ Disputed
Last 4 digits of account number _                          Basis for the claim:  Utilities [Shrimp Basket Destin] [balance as of 06/16/2020]

                                                           Is the claim subject to offset? ■ No ☐ Yes

3.78   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$897.00**
**DigiPro Media**
**214 E. Garden St.**
**Pensacola, FL 32502**                                    ☐ Contingent
                                                           ☐ Unliquidated
Date(s) debt was incurred _                                 ☐ Disputed
Last 4 digits of account number _                          Basis for the claim:  [balance as of 06/16/2020]

                                                           Is the claim subject to offset? ■ No ☐ Yes

3.79   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$2,269.96**
**Direct TV**
**P O Box 105249**
**Alanta, GA 30348**                                       ☐ Contingent
                                                           ☐ Unliquidated
Date(s) debt was incurred _                                 ☐ Disputed
Last 4 digits of account number _                          Basis for the claim:  Utilities [Shrimp Basket Intermediate] [balance as of 06/16/2020]

                                                           Is the claim subject to offset? ■ No ☐ Yes

3.80   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$665.00**
**Dixie Electric Company Inc**
**580 Trade Center Street**
**Montgomery, AL 36108**                                   ☐ Contingent
                                                           ☐ Unliquidated
Date(s) debt was incurred _                                 ☐ Disputed
Last 4 digits of account number _                          Basis for the claim:  [Shrimp Basket Auburn] [balance as of 06/16/2020]

                                                           Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SBIH, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,723.75** |
|---|---|---|---|

**Dixon Screen Printing**
**312 W. Detroit Blvd**
**Pensacola, FL 32534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number** __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,720.00** |
|---|---|---|---|

**Earthworks Pro LLC**
**130 Woodland Drive**
**Denham Springs, LA 70726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number** __

Basis for the claim:  **[Shrimp Basket Baton Rouge] [balance as of 06/16/2020]**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edwin J. Spence**
**P.O. Box 904**
**Gulf Shores, AL 36547**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number** __

Basis for the claim:  **Potential unpaid rent claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,582.55** |
|---|---|---|---|

**Emerald Coast Utilities Authority**
**P O Box 17089**
**Pensacola, FL 32522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number** __

Basis for the claim:  **Utilities [balance as of 06/16/2020]**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ensley Shopping Center, Ltd.**
**120 E. Main St., #A**
**Pensacola, FL 32502**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number** __

Basis for the claim:  **Potential unpaid rent claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,689.71** |
|---|---|---|---|

**Evergreen**
**318 Beverly Parkway**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number** __

Basis for the claim:  **[Shrimp Basket Intermediate] [balance as of 06/16/2020]**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Evergreen Chamber of Commerce**
**100 Depot Sq.**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number** __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SBIH, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.40 |
|---|---|---|---|

**FastSigns**
**8350 Florida Blvd Ste A-1**
**Baton Rouge, LA 70806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[Shrimp Basket Homewood] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.70 |
|---|---|---|---|

**FDOT - Expressway**
**P.O. Box 71237**
**Charlotte, NC 28272-1237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.50 |
|---|---|---|---|

**FDOT - FL**
**P.O. Box 310**
**Ocoee, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
|---|---|---|---|

**FDOT - GA**
**P.O. Box 105477**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,979.83 |
|---|---|---|---|

**Federal Service Corp**
**P.O. Box 485**
**Bay Minette, AL 36507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[Shrimp Basket Intermediate] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.72 |
|---|---|---|---|

**FedEx**
**P.O. Box 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,514.29 |
|---|---|---|---|

**Fineline Contractors Inc**
**139 Creekwater Street**
**Helena, AL 35080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **SBIH, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,117.16 |
|---|---|---|---|

**Five R Investments, LLC**
**151 W. Main St., #200**
**Pensacola, FL 32502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,342.25 |
|---|---|---|---|

**Fortune Gulf States LLC**
**13050 N Wintzell Ave**
**BAYOU LABATRE, AL 36509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.00 |
|---|---|---|---|

**Fred Pryor**
**P.O. Box 219468**
**Kansas City, MO 64121-9468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00 |
|---|---|---|---|

**Fremin's Contractor Services, LLC**
**1401 Schillinger Road North**
**Semmes, AL 36575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [Shrimp Basket Tillman's Corner] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.00 |
|---|---|---|---|

**Frozen Drink Machines**
**P O Box 1272,**
**Gulf Shores, AL 36547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRZ, LLC**
**3146 Green Valley Rd.**
**Vestavia, AL 35243**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential unpaid rent claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,460.55 |
|---|---|---|---|

**Fultondale Gas Department**
**P O Box 609**
**Fultondale, AL 35068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Utilities [Shrimp Basket Gardendale] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **SBIH, LLC**                                                  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$142.00** |

3.102   **Nonpriority creditor's name and mailing address**

**Gabriel Fire & Security Inc  dba Gulftec**
**3120 N Davis Hwy**
**Pensacola, FL 32503**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$142.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [Shrimp Basket Old Shell Road] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

3.103   **Nonpriority creditor's name and mailing address**

**Gabriel Fire & Security OLD**
**P.O. Box 10365**
**Pensacola, FL 32524-0365**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$4,745.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

3.104   **Nonpriority creditor's name and mailing address**

**Gardendale Plaza II, LLC**
**1200 Beacon Parkway East, Suite #706**
**Birmingham, AL 35209**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$30,531.39**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent [Shrimp Basket Gardendale] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

3.105   **Nonpriority creditor's name and mailing address**

**Gasket Guy**
**9020 Krystal Ridge Ct.**
**Daphne, AL 36526**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$94.99**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

3.106   **Nonpriority creditor's name and mailing address**

**Gatehouse Media**
**P.O. Box 102801**
**Atlanta, GA 30368-2801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$3,180.86**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

3.107   **Nonpriority creditor's name and mailing address**

**Gecko Hospitality**
**Dept. 4542**
**Carol Stream, IL 60122-4542**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$4,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

---

3.108   **Nonpriority creditor's name and mailing address**

**George W. Barber Jr.**
**27 Inverness Center Parkway**
**Birmingham, AL 35242**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$14,805.89**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent [Shrimp Basket Irondale] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **SBIH, LLC**                                          Case number (if known) _____
          _____
          Name

| | |
|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** |

3.109   **Nonpriority creditor's name and mailing address**

**Gilmore Services**
**31 E. Fairfield Dr.**
**Pensacola, FL 32501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$1,053.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.110   **Nonpriority creditor's name and mailing address**

**Goldring Gulf Distributing**
**8245 Opportunity Dr.**
**Milton, FL 32583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$200.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech [Shrimp Basket Destin] [balance as of 04/21/2020]**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.111   **Nonpriority creditor's name and mailing address**

**Goldring Gulf Distributing**
**8245 Opportunity Dr.**
**Milton, FL 32583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$166.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech [Shrimp Basket Navarre] [balance as of 04/21/2020]**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.112   **Nonpriority creditor's name and mailing address**

**Goldring Gulf Distributing**
**8245 Opportunity Dr.**
**Milton, FL 32583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$322.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech [Shrimp Basket Nine Mile] [balance as of 04/21/2020]**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.113   **Nonpriority creditor's name and mailing address**

**Goldring Gulf Distributing**
**8245 Opportunity Dr.**
**Milton, FL 32583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$405.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech [Shrimp Basket Panama City Beach] [balance as of 04/21/2020]**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.114   **Nonpriority creditor's name and mailing address**

**Goldring Gulf Distributing**
**8245 Opportunity Dr.**
**Milton, FL 32583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$538.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech [Shrimp Basket Pensacola Beach] [balance as of 04/21/2020]**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.115   **Nonpriority creditor's name and mailing address**

**Goldring Gulf Distributing**
**8245 Opportunity Dr.**
**Milton, FL 32583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$555.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech [Shrimp Basket Perdido Key] [balance as of 04/21/2020]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SBIH, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$589.20** |
|---|---|---|---|

**Goldring Gulf Distributing**
**8245 Opportunity Dr.**
**Milton, FL 32583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Fintech [Shrimp Basket Warrington] [balance as of 04/21/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.99** |
|---|---|---|---|

**Gulf Coast Gasket Guy**
**9020 Krystal Ridge Ct.**
**Daphne, AL 36526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.50** |
|---|---|---|---|

**Gulf Coast Produce**
**410 E. Section Ave.**
**Foley, AL 36535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,817.10** |
|---|---|---|---|

**Gulf Power Company**
**P.O. Box 29090**
**Miami, FL 33102-9090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Utilities [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$481.74** |
|---|---|---|---|

**Gulf Shores Utilities**
**P.O. Box 1229**
**Gulf Shores, AL 36547-1229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Utilities [Shrimp Basket Gulf Shores] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,412.55** |
|---|---|---|---|

**Gulftech Fire & Security**
**P.O. Box 10365**
**Pensacola, FL 32524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,578.52** |
|---|---|---|---|

**Gulftech Fire & Security .**
**P.O. Box 1020**
**Defuniak Springs, FL 32435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  [Shrimp Basket Panama City Beach] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __SBIH, LLC_____   Case number (if known) _____
Name

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.00 |
|---|---|---|---|

3.123 Nonpriority creditor's name and mailing address

**Harvest/Monrovia Lawn Care**
**266 Nick Davis Rd**
**Madison, AL 35757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [Shrimp Basket Madison] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

$980.00

---

3.124 Nonpriority creditor's name and mailing address

**Hobart Sales & Service**
**10850 Hwy 72**
**Rogersville, AL 35652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [Shrimp Basket Ridgeland] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

$203.84

---

3.125 Nonpriority creditor's name and mailing address

**Holley Navarre Water System**
**P O Box 6539**
**Navarre, FL 32566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities [Shrimp Basket Navarre] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

$328.21

---

3.126 Nonpriority creditor's name and mailing address

**HRDirect**
**P.O. Box 669390**
**Pompano Beach, FL 33066-9390**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

$466.12

---

3.127 Nonpriority creditor's name and mailing address

**Huntsville Utilities**
**ATTN: Commercial**
**112 Spragins Street SW**
**Huntsville, AL 35801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities [Shrimp Basket Madison] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

$2,096.09

---

3.128 Nonpriority creditor's name and mailing address

**IHS Services Inc**
**2603 Highland Ave**
**Montgomery, AL 36107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

$5,494.56

---

3.129 Nonpriority creditor's name and mailing address

**Information Transport Solutions, Inc**
**335 Jeanette Barrett Industrial Blvd**
**Wetumpka, AL 36092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [Shrimp Basket Cullman] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No  ☐ Yes

$18,061.56

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **SBIH, LLC**                                                     Case number (if known) _____
_____
Name

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,014.89** |
|---|---|---|---|

**Intermark Group, Inc.**
**101 25th St. N**
**Birmingham, AL 35203**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **[balance as of 06/16/2020]**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ivory J. Jones**
**2406 Kansas St.**
**Baton Rouge, LA 70802**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **EEOC charge of discrimination [Shrimp Basket Baton Rouge]**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,862.52** |
|---|---|---|---|

**Jackson Lewis PC**
**P.O. Box 416019**
**Boston, MA 02241-6019**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **[balance as of 06/16/2020]**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,866.50** |
|---|---|---|---|

**JAMES B. PITTMAN JR PC**
**P O Box 2525**
**Daphne, AL 36526**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **[Shrimp Basket Cullman] [balance as of 06/16/2020]**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,459.89** |
|---|---|---|---|

**JMC Properties, LLC**
**P.O. Box 70**
**Douglasville, GA 30133**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Rent [Shrimp Basket Ft. Walton] [balance as of 06/16/2020]**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,707.67** |
|---|---|---|---|

**JMF Solutions Inc**
**P O BOX 222**
**Monroe, AL 36559**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **[Shrimp Basket Old Shell Road] [balance as of 06/16/2020]**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Joey Hostilo**
**5311 Oxford Dr**
**Columbus, GA 31904**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **[Shrimp Basket Columbus] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SBIH, LLC** | Case number (if known) | |
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,422.00**

**John Michael Plumbing LLC**
**3004 Old Big Cove Road**
**Owens Cross Roads, AL 35763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [Shrimp Basket Madison] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,115.50**

**Kesco**
**1600 W Main St**
**Pensacola, FL 32502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,252.00**

**Lamar Advertising**
**P.O. Box 96030**
**Baton Rouge, LA 70896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$672.11**

**Lawns by Tre LLC**
**10596 Steeplechase DR**
**Gulfport, MS 39503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [Shrimp Basket Gulfport] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$603.54**

**Lewis Critter Gitter Pest Control Inc.**
**7050 W. Fairfield Dr.**
**Pensacola, FL 32506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Florida locations [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,632.00**

**Lewis Critter Gitter Pest Control of Flo**
**P O Box 850**
**Elberta, AL 32504-6252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Alabama locations [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$272.17**

**Liberty Utilities**
**75 Remittance Drive, Suite 1918**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Utilities [Shrimp Basket Columbus] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | SBIH, LLC | Case number (if known) | |
|--------|-----------|------------------------|--|
| | Name | | |

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00**

Marc B. Morris
4655 Christy Drive
Pensacola, FL 32504

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: [Shrimp Basket Perdido Key] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.00**

Marvin Hillard
P O Box 54322
Pearl, MS 39288

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: [Shrimp Basket Ridgeland] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

McAdam Properties, LLC
151 Industrial Dr.
Birmingham, AL 35211

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Potential unpaid rent claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,042.95**

McLemore Electric, Inc.
P. O. Box 9625
Pensacola, FL 32513

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,101.98**

Mediacom - NC71219
P O Box 71219
Charlotte, NC 28272-1219

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$291.48**

Mediacom - NC71222
P O Box 71222
Charlotte, NC 28272-1222

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities [Shrimp Basket Columbus] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.00**

Mid-Coast Lawn Management Inc
PO Box 6882
Miramar Beach, FL 32550

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: [Shrimp Basket Ft. Walton] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __SBIH, LLC_____    Case number (if known) _____
Name

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,536.88 |
|---|---|---|---|
| | **Mississippi Power** | ☐ Contingent | |
| | **P O Box 245,** | ☐ Unliquidated | |
| | **Birmingham, AL 35201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Utilities [balance as of 06/16/2020]__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.89 |
|---|---|---|---|
| | **Mist Works** | ☐ Contingent | |
| | **2751 Avalon Blvd.** | ☐ Unliquidated | |
| | **Milton, FL 32583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __[balance as of 06/16/2020]__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.86 |
|---|---|---|---|
| | **Mobile Area Water & Sewer System** | ☐ Contingent | |
| | **P O Box 830130** | ☐ Unliquidated | |
| | **Birmingham, AL 35283-0130** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Utilities [Shrimp Basket Old Shell Road] [balance as of 06/16/2020]__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.03 |
|---|---|---|---|
| | **Mobile Fixtures & Equipment** | ☐ Contingent | |
| | **1155 Montlimar Dr.** | ☐ Unliquidated | |
| | **Mobile, AL 36609** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __[balance as of 06/16/2020]__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,671.47 |
|---|---|---|---|
| | **Montgomery Water Works & Sewer** | ☐ Contingent | |
| | **P.O. Box 1670** | ☐ Unliquidated | |
| | **Montgomery, AL 36102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __[balance as of 06/16/2020]__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,999.62 |
|---|---|---|---|
| | **Mood Media N America Holdings Corp.** | ☐ Contingent | |
| | **P.O. Box 71070** | ☐ Unliquidated | |
| | **Charlotte, NC 28272** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __[balance as of 06/16/2020]__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|
| | **Nix Landscape & Maintenance Inc** | ☐ Contingent | |
| | **P.O. Box 7531** | ☐ Unliquidated | |
| | **Gulf Shores, AL 36547** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __[balance as of 06/16/2020]__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SBIH, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681.65 |
| --- | --- | --- | --- |

**North Alabama Gas**
**P.O. Box 1428**
**Madison, AL 35758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,414.41 |
| --- | --- | --- | --- |

**North Baldwin Utilities**
**25 Hand Ave**
**Bay Minette, AL 36507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities [Shrimp Basket Bay Minette] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.45 |
| --- | --- | --- | --- |

**Okaloosa Gas District**
**P O Box 548**
**Valparaiso, FL 32580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,014.23 |
| --- | --- | --- | --- |

**On The Rocks LLC dba Joe T's Wine & Spir**
**286 Hwy 51**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **[Shrimp Basket Ridgeland] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,536.17 |
| --- | --- | --- | --- |

**Orange Beach Water Authority**
**P. O. Box 247**
**Orange Beach, AL 36561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities [Shrimp Basket Orange Beach] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,750.00 |
| --- | --- | --- | --- |

**P & M Investment Company**
**2 Buckland Abbey**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Rent [Shrimp Basket Madison] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.00 |
| --- | --- | --- | --- |

**Panhandle Pride Landscaping**
**633 Sandalwood Drive.**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **SBIH, LLC** _____    Case number (if known) _____
Name

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595.62 |

**Parker's Landscape Service LLC**
**P.O. Box 17361**
**Hattiesburg, MS 39404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [Shrimp Basket Hattiesburg] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PC Properties 741, LLC**
**c/o Kalo Properties II, LLC**
**1114 Thomasville Rd., #Q**
**Tallahassee, FL 32303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential claim for unpaid rent [Shrimp Basket Panama City]

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.97 |

**Pensacola News Journal**
**P.O. Box 677590**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.16 |

**Peoples Water Service of Fl Inc**
**PO Box 4815**
**Pensacola, FL 32507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Utilities [Shrimp Basket Warrington] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |

**Phillippou Brothers Inc**
**2224 North University Street**
**Visalia, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [Shrimp Basket Montgomery] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.63 |

**Pitney Bowes Global Financial**
**P.O. Box 371887**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Plaintiff Groves**
**c/o H. Alison Burns, Esq.**
**ADA Group, LLC**
**P.O. Box 231477**
**Montgomery, AL 36123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  ADA complaint [Shrimp Basket Old Shell Road]

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **SBIH, LLC**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.172 | Nonpriority creditor's name and mailing address<br>**Polar Bear Services, LLC**<br>**2126 Lakeview Trace**<br>**Trussville, AL 35173**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **[balance as of 06/16/2020]**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$174.00** |
| 3.173 | Nonpriority creditor's name and mailing address<br>**Professional Refrigeration & Maintenance**<br>**2105 Greenslope Trail NE**<br>**Huntsville, AL 35811**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **[balance as of 06/16/2020]**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,179.82** |
| 3.174 | Nonpriority creditor's name and mailing address<br>**Purchase Power**<br>**P.O. Box 371874**<br>**Pittsburgh, PA 15250**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **[balance as of 06/16/2020]**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,227.11** |
| 3.175 | Nonpriority creditor's name and mailing address<br>**R.E. Moore Construction Inc**<br>**1817 Blue Granite Ct**<br>**Marietta, GA 30066**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **[balance as of 06/16/2020]**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,505.00** |
| 3.176 | Nonpriority creditor's name and mailing address<br>**Ray L. Crowell, Wanda Lundy, William Rouse and E.G. Warren, Jr.**<br>**d/b/a Highway 49 Venture**<br>**9034 Carl Legett Rd.**<br>**Gulfport, MS 39503**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential unpaid rent claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.177 | Nonpriority creditor's name and mailing address<br>**REDI-TO-SERV**<br>**P O Box 2709**<br>**Huntsville, AL 35804**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Coke [Shrimp Basket Madison] [balance as of 06/16/2020]**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,948.80** |
| 3.178 | Nonpriority creditor's name and mailing address<br>**Restaurant Technologies, Inc**<br>**12962 Collections Center Drive**<br>**Chicago, IL 60693**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **[balance as of 06/16/2020]**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60,105.22** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **SBIH, LLC**
_____   Case number (*if known*) _____
Name

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,784.42 |
|---|---|---|---|

**Restaurant365**
**500 Technology Dr., #2**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **[balance as of 06/16/2020]**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,576.10 |
|---|---|---|---|

**Riviera Utilities**
**Payment Processing Center**
**P O Box 580052**
**Charlotte, NC 28258-0052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Utilities [Shrimp Basket Foley] [balance as of 04/21/2020]**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,491.06 |
|---|---|---|---|

**Riviera Utilities**
**Payment Processing Center**
**P O Box 580052**
**Charlotte, NC 28258-0052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Utilities [Shrimp Basket Gulf Shores] [balance as of 06/16/2020]**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.70 |
|---|---|---|---|

**Roto Rooter (GP Location)**
**P O Box 3498**
**Gulfport, MS 39505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **[Shrimp Basket Gulfport] [balance as of 06/16/2020]**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.20 |
|---|---|---|---|

**Roto Rooter - Lynn Haven**
**2990 Minnesota Ave.**
**Lynn Haven, FL 32444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **[balance as of 06/16/2020]**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,925.02 |
|---|---|---|---|

**RSM US, LLP**
**100 International Dr., #14**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **[balance as of 06/16/2020]**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.07 |
|---|---|---|---|

**SafeGuard Corporation**
**39610 US Highway 280**
**Sylacauga, AL 35150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **[Shrimp Basket Irondale] [balance as of 06/16/2020]**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **SBIH, LLC**
_____
Name

Case number (*if known*) _____

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,388.64** |

**SB Ridgeland LLC**
**30530 Middle Creek Circle**
**Spanish Fort, AL 36527**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent [Shrimp Basket Ridgeland] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$855.68** |

**Sewer & Water Utility Bill**
**P.O. Box 830269,**
**Birmingham, AL 35283**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,507.27** |

**Shoes for Crews LLC**
**P O Box 734176**
**Chicago, IL 60673-4176**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Snapper Leasing, LLC**
**P.O. Box 904**
**Orange Beach, AL 36561**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential unpaid rent claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,700.00** |

**SoftTouch, LLC**
**45 Old Solomons Island Rd., #102**
**Annapolis, MD 21401**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Soundside Market, LLC**
**Baybridge Professional Park, #113**
**Attn: Julian B. MacQueen**
**Gulf Breeze, FL 32561**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential unpaid rent claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$839.99** |

**South Alabama Gas**
**714 West Front Street**
**Evergreen, AL 36401**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities [Shrimp Basket Evergreen] [balance as of 06/16/2020]

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **SBIH, LLC**

Name

Case number *(if known)*

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$470.00** |
|---|---|---|---|

**South Baldwin Chamber of Commerce**
**P.O. Box 1117**
**Foley, AL 36536**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$504.86** |
|---|---|---|---|

**Spectrum Business**
**P O Box 742614**
**Cincinnati, Oh 45274-2614**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Utilities [Shrimp Basket Auburn] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$632.24** |
|---|---|---|---|

**Spire**
**PO BOX 2224**
**Birmingham, AL 35246-0022**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Utilities [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.90** |
|---|---|---|---|

**Spire - Ms**
**P O Box 93229**
**Atlanta, Ga 31193-2299**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Utilities [Shrimp Basket Hattiesburg] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Stewart's Electrical Contractors Inc**
**40680 State Hwy 59**
**Bay Minette, AL 36507**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **[Shrimp Basket Bay Minette] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,008.00** |
|---|---|---|---|

**Sun Herald Advertising**
**P.O. Box 51219**
**Livonia, MI 48151**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$722,340.10** |
|---|---|---|---|

**SYSCO GULF COAST INC.**
**2001 West Magnolia Ave**
**Genevia, AL 36340**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **SBIH, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $358.91 |
|---|---|---|---|

**TECO Peoples Gas**
P O Box 31318
Tampa, FL 33631-3318

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities [Shrimp Basket Panama City Beach] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**The Groundskeeper Lawn Maintenance, Inc.**
2451 Semur Rd.
Pensacola, FL 32503

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630.00 |
|---|---|---|---|

**The Yard Works of West Alabama**
3203 Pin Oak Dr,
Tuscaloosa, AL 35405

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Shrimp Basket Tuscaloosa] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Thornton's Lawn Care LLC**
P O Box 311
Vinemont, AL 35179

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Shrimp Basket Cullman] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**Tiger WM, LLC**
1695 East University Drive
Auburn, AL 36830

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent [Shrimp Basket Auburn] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,810.37 |
|---|---|---|---|

**Tillman's Corner Partners, LP**
P O Box 235021
Montgomery, AL 36123

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent [Shrimp Basket Tillman's Corner] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,453.10 |
|---|---|---|---|

**TSI**
P.O. Box 2422,
Orange Beach, AL 36561

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[Shrimp Basket Orange Beach] [balance as of 06/16/2020]**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SBIH, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,513.91 |
|---|---|---|---|

**TSSAF Properties, LLC**
**P.O. BOX 77130**
**Baton Rouge, LA 70879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Rent [Shrimp Basket Baton Rouge] [balance as of 06/16/2020]

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,928.12 |
|---|---|---|---|

**TWC Inc**
**P O Box 1612**
**Des Moines, IA 50306-1612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  [balance as of 06/16/2020]

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,230.00 |
|---|---|---|---|

**UL, LLC**
**333 Pfingsten Road**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  [Shrimp Basket Cullman] [balance as of 06/16/2020]

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.72 |
|---|---|---|---|

**Verizon Wireless**
**P.O. Box 660108**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  [balance as of 06/16/2020]

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,800.00 |
|---|---|---|---|

**Warren Averett, LLC**
**2500 Action Rd.**
**Birmingham, AL 35243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  [balance as of 06/16/2020]

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,871.19 |
|---|---|---|---|

**Waste Management**
**P O Box 55558**
**Boston, MA 02205-5558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Utilities [balance as of 06/16/2020]

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $852.14 |
|---|---|---|---|

**Waste Pro - Gauiter**
**PO Box 865289,**
**Orlando, FL 32886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  [Shrimp Basket Gulfport] [balance as of 06/16/2020]

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | SBIH, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742.84 |
|---|---|---|---|

**Waste Pro - Molbie**
**P O Box 865261**
**Orlando, FL 32886-5261**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities [Shrimp Basket Milton] [balance as of__
__06/16/2020]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,970.00 |
|---|---|---|---|

**Webb's Seafood Inc**
**12603 Highway 231**
**Youngstown, FL 32466**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __[balance as of 06/16/2020]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.35 |
|---|---|---|---|

**Whaley Foodservice**
**P.O. Box 615**
**Lexington, SC 29071**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __[balance as of 06/16/2020]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wheels Up, Inc.**
**P.O. Box 904**
**Gulf Shores, AL 36547**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential unpaid rent claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.16 |
|---|---|---|---|

**WOW Business**
**P O Box 70999**
**Charlotte, NC 28272-0999**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities [Shrimp Basket Madison] [balance as of__
__06/16/2020]__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **John M. O'Neil III**<br>**8500 Fowler Ave.**<br>**Pensacola, FL 32534** | Line __3.186__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Philippou Brothers, Inc.**<br>**236 Charleston Ct. S**<br>**Montgomery, AL 36117** | Line __3.169__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **SBIH, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Tiger-WM, LLC**<br>**c/o Redd Realty Services**<br>**4200 Northside Pkwy.**<br>**Bldg. 10, #101**<br>**Atlanta, GA 30327-3080** | Line __3.204__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Tillman's Corner Partners, LP**<br>**c/o Aronov Realty Management, Inc.**<br>**P.O. Box 23500**<br>**Attn: Legal Dept.**<br>**Montgomery, AL 36123-5000** | Line __3.205__<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **TSSAF, LLC**<br>**4225 Perkins Rd.**<br>**Baton Rouge, LA 70808** | Line __3.207__<br><br>☐ Not listed. Explain ____ | __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 10,733.49 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,006,449.89 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,017,183.38 |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 39 of 39

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **SBIH, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement for property located at 2540 Old Shell Road, Mobile, Alabama 36608 [Shrimp Basket Old Shell Road]** | |
| | State the term remaining | | **Ashland Station, LLC** |
| | List the contract number of any government contract | | **3601 Spring Hill Business Park, #200** |
| | | | **Mobile, AL 36608** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement for property located at 6154 U.S. Highway 49, Hattiesburg, Mississippi 39401 [Shrimp Basket Hattiesburg]** | |
| | State the term remaining | | **CBD, Inc.** |
| | List the contract number of any government contract | | **208 S. 28th Ave.** |
| | | | **Hattiesburg, MS 39401** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement for property located at 6073 Veterans Parkway, Columbus, Georgia [Shrimp Basket Columbus]** | |
| | State the term remaining | | **Cottle Properties, LLC** |
| | List the contract number of any government contract | | **P.O. Box 8545** |
| | | | **Attn: Ron Cottle, Jr.** |
| | | | **Columbus, GA 31908** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **SBIH, LLC**
　　　　　First Name　　　Middle Name　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement for property located at 7756 Crestwood Boulevard, Birmingham, Alabama 35210 [Shrimp Basket Irondale]** |
| State the term remaining | **George W. Barber, Jr.** |
| List the contract number of any government contract | **27 Inverness Center Pkwy.**<br>**Birmingham, AL 35242** |
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement for property located at 836 County Line Road, Ridgeland, Mississippi [Shrimp Basket Ridgeland]** |
| State the term remaining | **John M. O'Neill III** |
| List the contract number of any government contract | **8500 Fowler**<br>**Pensacola, FL 32534** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement for property located at 7900 Vaughn Road, Montgomery, Alabama 36116 [Shrimp Basket Montgomery]** |
| State the term remaining | **Philippou Brothers, Inc.** |
| List the contract number of any government contract | **236 Charleston Ct. S**<br>**Montgomery, AL 36117** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **Postage machine lease agreement** |
| State the term remaining | **Pitney Bowes Global Financial** |
| List the contract number of any government contract | **P.O. Box 371887**<br>**Pittsburgh, PA 15250** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement for property located at 5405 W. Highway 90, Mobile, Alabama 36619 [Shrimp Basket Tillman's Corner]** |
| State the term remaining | **Tillman's Corner Partners, LP**<br>**c/o Aronov Realty Management, Inc.** |
| List the contract number of any | **P.O. Box 235000**<br>**Attn: Legal Department**<br>**Montgomery, AL 36123-5000** |

| Debtor 1 | **SBIH, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement for property located at 560 Mary Esther Cutoff, NW, Ft. Walton Beach, Florida 32548 [Shrimp Basket Ft. Walton]** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wheels Up, Inc.**<br>**P.O. Box 904**<br>**Gulf Shores, AL 36547** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **SBIH, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1   **SB FSD, LLC** | **c/o G2 Capital Advisors, LLC**<br>**420 Boylston St., #302**<br>**Boston, MA 02116** | | **Shrimp Basket Restaurants, LLC** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **SBBC Shell, LLC** | **c/o G2 Capital Advisors, LLC**<br>**420 Boylston St., #302**<br>**Boston, MA 02116** | | **M2 Lease Funds, LLC** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3   **SBBC Shell, LLC** | **c/o G2 Capital Advisors, LLC**<br>**420 Boylston St., #302**<br>**Boston, MA 02116** | | **Hitachi Capital America Corp.** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4   **SBBC Shell, LLC** | **c/o G2 Capital Advisors, LLC**<br>**420 Boylston St., #302**<br>**Boston, MA 02116** | | **Shrimp Basket Restaurants, LLC** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **SBIH, LLC** _____    Case number *(if known)* _____

■    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5    **SBNH, LLC** | c/o G2 Capital Advisors, LLC<br>420 Boylston St., #302<br>Boston, MA 02116 | **Shrimp Basket<br>Restaurants, LLC** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.6    **Shrimp Basket<br>Holdings, LLC** | 7282 Plantation Rd., #301<br>Pensacola, FL 32504 | **M2 Lease Funds, LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **SBIH, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other   Gross Receipts | $12,885,365.00 |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **Gross Receipts** | $47,332,283.00 |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other   **Gross Receipts** | $47,244,872.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | SBIH, LLC | | | Case number (if known) | |
|---|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. **See attached check register.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Wheels Up Inc.**<br>**P O Box 904,**<br>**Gulf Shores, AL 36547**<br>**Affiliated entity** | **Various** | **$718,879.02** | **Monthly rent payments** |
| 4.2. **Snapper Leasing, LLC**<br>**P.O. Box 904**<br>**Orange Beach, AL 36561**<br>**Affiliated entity** | **Various** | **$200,291.48** | **Monthly rent payments** |
| 4.3. **Edwin J. Spence**<br>**P.O. Box 904**<br>**Gulf Shores, AL 36547**<br>**Shareholder of parent company** | **Various** | **$152,331.60** | **Monthly rent payments** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | SBIH, LLC | Case number *(if known)* | |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thames Markey & Heekin, PA**<br>**50 North Laura Street**<br>**Suite 1600**<br>**Jacksonville, FL 32202** | **Attorney Fees** | **05/06/2020 -**<br>**$35,000.00**<br>**05/21/2020 -**<br>**$10,000.00** | **$45,000.00** |
| | **Email or website address**<br>**abd@tmhlaw.net** | | | |
| | **Who made the payment, if not debtor?**<br>**SBIH, LLC d/b/a Shrimp Basket**<br>**Corp** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **SBIH, LLC**                                         Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. **G2 Capital Advisors** **Jeffrey T. Varsalone** **420 Boylston St., #302** **Boston, MA 02116** | **G2 Capital Advisors has been working with the debtor entities in their restructuring / wind down efforts since April 1, 2020, when Jeffrey T. Varsalone was named Chief Restructuring Officer.** | **Various** | **$371,700.00** |
| Email or website address **www.g2capitaladvisors.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Shrimp Basket Restaurants, LLC** **201 N. New York Ave., #200** **Winter Park, FL 32789** | **Sale of assets pursuant to an Asset Purchase Agreement dated 06/16/2020** | **06/16/2020** | **$2,300,000.00** |
| Relationship to debtor | | | |
| 13.2. **Various regulatory agencies** | **Debtor has surrendered all alcohol licenses for each location not acquired in the 06/16/2020 APA to the appropriate regulatory agencies** | **Various** | **Unknown** |
| Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor   **SBIH, LLC**                                              Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Corporate Offices** **7282 Plantation Rd., #301** **Pensacola, FL 32504** | **Until 06/16/2020** |
| 14.2. | **Shrimp Basket Auburn** **1651 S. College St.** **Auburn, AL 36830** | |
| 14.3. | **Shrimp Basket Baton Rouge** **4343 Sherwood Forest Blvd., Unit D** **Baton Rouge, LA 70816** | |
| 14.4. | **Shrimp Basket Baton Rouge** **7242 Perkins Road** **Baton Rouge, LA 70808** | |
| 14.5. | **Shrimp Basket Bay Minette** **1111 Highway 31 South** **Bay Minette, AL 36507** | |
| 14.6. | **Shrimp Basket Columbus** **6073 Veterans Parkway** **Columbus, GA 31909** | |
| 14.7. | **Shrimp Basket Cullman** **716 2nd Avenue NW** **Cullman, AL 35055** | |
| 14.8. | **Shrimp Basket Destin** **711 US 98** **Destin, FL 32541** | |
| 14.9. | **Shrimp Basket Evergreen** **64 Liberty Park Pl.** **Evergreen, AL 36401** | |
| 14.10. | **Shrimp Basket Foley** **1500 South McKenzie Street** **Foley, AL 36535** | |
| 14.11. | **Shrimp Basket Ft. Walton** **560 Mary Esther Cutoff NW** **Fort Walton Beach, FL 32548** | |
| 14.12. | **Shrimp Basket Gardendale** **The Plaza II** **Gardendale, AL 35071** | |
| 14.13. | **Shrimp Basket Gulf Shores** **Unit 31 and 32, Highway 59** **Gulf Shores, AL 36542** | |
| 14.14. | **Shrimp Basket Gulfport** **9265 U.S. Highway 49** **Gulfport, MS 39503** | |
| 14.15. | **Shrimp Basket Hattiesburg** **6154 U.S. Highway 49** **Hattiesburg, MS 39401** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **SBIH, LLC**                                                          Case number *(if known)*

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.16<br>· | **Shrimp Basket Homewood**<br>**801 Green Springs Highway**<br>**Birmingham, AL 35209** | |
| 14.17<br>· | **Shrimp Basket Irondale**<br>**7756 Crestwood Boulevard**<br>**Birmingham, AL 35210** | |
| 14.18<br>· | **Shrimp Basket Madison**<br>**7814 Highway 72 W**<br>**Madison, AL 35758** | |
| 14.19<br>· | **Shrimp Basket Milton**<br>**6389 Highway 90**<br>**Milton, FL 32570** | |
| 14.20<br>· | **Shrimp Basket Montgomery**<br>**7900 Vaughn Road**<br>**Montgomery, AL 36116** | |
| 14.21<br>· | **Shrimp Basket Navarre**<br>**8900 Navarre Parkway**<br>**Navarre, FL 32566** | |
| 14.22<br>· | **Shrimp Basket Navy**<br>**6501 North Davis Highway**<br>**Pensacola, FL 32504** | |
| 14.23<br>· | **Shrimp Basket Nine Mile**<br>**60 W. Nine Mile Road**<br>**Pensacola, FL 32534** | |
| 14.24<br>· | **Shrimp Basket Old Shell Road**<br>**2540 Old Shell Road**<br>**Mobile, AL 36608** | |
| 14.25<br>· | **Shrimp Basket Orange Beach**<br>**26650 Perdido Beach Blvd.**<br>**Units E and F**<br>**Orange Beach, AL 36561** | |
| 14.26<br>· | **Shrimp Basket Panama City**<br>**741 W. 23rd Street**<br>**Panama City, FL 32405** | |
| 14.27<br>· | **Shrimp Basket Panama City Beach**<br>**12390 Front Beach Road**<br>**Panama City Beach, FL 32407** | |
| 14.28<br>· | **Shrimp Basket Pensacola Beach**<br>**5 Via de Luna Drive**<br>**Gulf Breeze, FL 32561** | |
| 14.29<br>· | **Shrimp Basket Perdido Key**<br>**14600 Perdido Key Drive**<br>**Pensacola, FL 32507** | |
| 14.30<br>· | **Shrimp Basket Ridgeland**<br>**836 E. County Line Road**<br>**Ridgeland, MS 39157** | |

Debtor    **SBIH, LLC**                                                    Case number *(if known)*

| Address | Dates of occupancy From-To |
|---|---|
| 14.31· **Shrimp Basket Sherwood**<br>**4343 Sherwood Forest Boulevard**<br>**Baton Rouge, LA 70816** | |
| 14.32· **Shrimp Basket Tillman's Corner**<br>**5405 W. Highway 90**<br>**Mobile, AL 36619** | |
| 14.33· **Shrimp Basket Tuscaloosa**<br>**3249 McFarland Boulevard E**<br>**Tuscaloosa, AL 35405** | |
| 14.34· **Shrimp Basket Warrington**<br>**709 North Navy Boulevard**<br>**Pensacola, FL 32507** | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **SBIH, LLC**                                                      Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Regions Bank** | **XXXX-4837** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **06/2020 - Shrimp Basket Auburn, LLC** | **$0.00** |
| 18.2. | **Regions Bank** | **XXXX-4861** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **06/2020 - Shrimp Basket Bay Minette, LLC** | **$0.00** |
| 18.3. | **Regions Bank** | **XXXX-5132** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **06/2020 - Shrimp Basket Columbus, LLC** | **$0.00** |
| 18.4. | **Regions Bank** | **XXXX-3228** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **06/2020 - Shrimp Basket Cullman, LLC** | **$0.00** |
| 18.5. | **Regions Bank** | **XXXX-4985** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **06/2020 - Shrimp Basket Destin, LLC** | **$0.00** |
| 18.6. | **Regions Bank** | **XXXX-4896** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **06/2020 - Shrimp Basket Evergreen, LLC** | **$0.00** |
| 18.7. | **Regions Bank** | **XXXX-4926** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **06/2020 - Spence Enterprises - Shrimp Basket Foley]** | **$0.00** |
| 18.8. | **Regions Bank** | **XXXX-5019** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **06/2020 - Shrimp Basket Ft. Walton, LLC** | **$0.00** |

Debtor __**SBIH, LLC**_____     Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.9. | **Regions Bank** | **XXXX-0170** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **06/2020 - Shrimp Basket Gardendale, LLC** | **$0.00** |
| 18.10. | **Regions Bank** | **XXXX-4977** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **06/2020 - Shrimp Basket Gulf Shores, LLC** | **$0.00** |
| 18.11. | **Regions Bank** | **XXXX-4969** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **06/2020 - Shrimp Basket Gulfport, LLC** | **$0.00** |
| 18.12. | **Regions Bank** | **XXXX-4993** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **06/2020 - Shrimp Basket Hattiesburg, LLC** | **$0.00** |
| 18.13. | **Regions Bank** | **XXXX-5000** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **06/2020 - Shrimp Basket Homewood, LLC** | **$0.00** |
| 18.14. | **Regions Bank** | **XXXX-5027** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **06/2020 - Shrimp Basket Irondale, LLC** | **$0.00** |
| 18.15. | **Regions Bank** | **XXXX-4202** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **06/2020 - Shrimp Basket Madison** | **$0.00** |
| 18.16. | **Regions Bank** | **XXXX-5035** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **06/2020 - Shrimp Basket Milton, LLC** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **SBIH, LLC** _____    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.17. | **Regions Bank** | **XXXX-5078** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Montgomery, LLC** | **$0.00** |
| 18.18. | **Regions Bank** | **XXXX-5051** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Navarre, LLC** | **$0.00** |
| 18.19. | **Regions Bank** | **XXXX-5086** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Navy, LLC** | **$0.00** |
| 18.20. | **Regions Bank** | **XXXX-5116** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Nine Mile, LLC** | **$0.00** |
| 18.21. | **Regions Bank** | **XXXX-5108** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Old Shell Road, LLC** | **$0.00** |
| 18.22. | **Regions Bank** | **XXXX-4845** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Orange Beach, LLC** | **$0.00** |
| 18.23. | **Regions Bank** | **XXXX-4853** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Panama City Beach, LLC** | **$0.00** |
| 18.24. | **Regions Bank** | **XXXX-4888** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Pensacola Beach, LLC** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor __SBIH, LLC_____     Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.25. | **Regions Bank** | **XXXX-4918** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Perdido Key, LLC** | **$0.00** |
| 18.26. | **Regions Bank** | **XXXX-3406** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Ridgeland** | **$0.00** |
| 18.27. | **Regions Bank** | **XXXX-4934** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Tillman's Corner, LLC** | **$0.00** |
| 18.28. | **Regions Bank** | **XXXX-4950** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Tuscaloosa, LLC** | **$0.00** |
| 18.29. | **Regions Bank** | **XXXX-5124** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/2020 - Shrimp Basket Warrington, LLC** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Debtor    **SBIH, LLC**                                             Case number *(if known)*

not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **SB FSD, LLC**<br>c/o G2 Capital Advisors, LLC<br>420 Boylston St., #302<br>Boston, MA 02116 | **Seafood delivery company** | EIN:     46-1292005<br><br>From-To |
| 25.2.  **SBBC Shell, LLC**<br>c/o G2 Capital Advisors, LLC<br>420 Boylston St., #302<br>Boston, MA 02116 | **Holding company for operating locations** | EIN:     26-2657180<br><br>From-To |

Debtor    **SBIH, LLC**_____    Case number *(if known)*_____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Doug Schneider, CPA**<br>**BKD, LLP**<br>**14241 Dallas Pkwy., #1100**<br>**Dallas, TX 75254** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Regions Bank** |
| 26d.2.    **Webster Bank, N.A.** |
| 26d.3.    **Summit Investment Management** |
| 26d.4.    **Triloma Financial Group** |
| 26d.5.    **Shrimp Basket Restaurants, LLC** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor   **SBIH, LLC** _____     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **SBNH, LLC** | **c/o G2 Capital Advisors, LLC**<br>**420 Boylston St., #302**<br>**Boston, MA 02116** | **Owner** | **100% ownership interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Carver** | **Harren Equity Partners**<br>**200 Garrett St., #F**<br>**Charlottesville, VA 22902** | **Member of the Board of Managers** | **0% ownership interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **George McCabe** | **Harren Equity Partners**<br>**200 Garrett St., #f**<br>**Charlottesville, VA 22902** | **Member of the Board of Managers** | **0% ownership interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Smith** | **Harren Equity Partners**<br>**200 Garrett St. #f**<br>**Charlottesville, VA 22902** | **Member of the Board of Managers** | **0% ownership interest** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐  No
☑  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Edwin Spence** | **P.O. Box 904**<br>**Gulf Shores, AL 36547** | **Member of the Board of Managers** | **Resigned on 03/31/2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **David Cahoon** | **P.O. Box 904**<br>**Gulf Shores, AL 36547** | **Member of the Board of Managers** | **Resigned on 03/31/2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Kim Moehler** | **5525 Timber Creek Dr.**<br>**Pace, FL 32571** | **Officer** | **Resigned on 04/03/2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Mark Kirke** | **1355 Lombardy Dr.**<br>**Gulf Breeze, FL 32563** | **Chief Operating Officer**<br>**0% ownership interest** | **04/16/2018 - 06/16/2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Tim Petrillo** | **17 West Las Olas Blvd.**<br>**Fort Lauderdale, FL 33301** | **Member of the Board of Managers**<br>**0% ownership interest** | **Resigned on 05/15/2020** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | SBIH, LLC | Case number (if known) | |
|---|---|---|---|

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Mark Kirke**<br>**1355 Lombardy Dr.**<br>**Gulf Breeze, FL 32563** | **$379,711.65 - payroll and bonuses**<br>**$1,640.58 - benefits**<br>**$19,842.50 - expense reimbursements** | **various** | **Various** |
| | Relationship to debtor<br>**Former Chief Operating Officer** | | | |
| 30.2. | **Harren Equity Partners** | **$42,405.59** | **various** | **Expense reimbursements** |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Shrimp Basket Holdings, LLC** | **EIN:    61-1851759** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 16, 2020**

**/s/ Jeffrey T. Varsalone**                              **Jeffrey T. Varsalone**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

| Post Date | Bank ID | Account Number | Account Name | Transaction Description | Amount | Ck # | Vendor |
|---|---|---|---|---|---|---|---|
| 7/7/2020 | 62000019 | 282064202 | Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ (1,584.50) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 282064202 | Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219835132 | Shrimp Basket Columbus | PREAUTHORIZED ACH DEBIT | $ (109.90) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219835132 | Shrimp Basket Columbus | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219835124 | Shrimp Basket Warrington | PREAUTHORIZED ACH DEBIT | $ (838.42) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219835124 | Shrimp Basket Warrington | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219835116 | Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ (1,308.45) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219835116 | Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219835108 | Shrimp Basket Old Shell Rd | PREAUTHORIZED ACH DEBIT | $ (69.95) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219835108 | Shrimp Basket Old Shell Rd | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219835086 | Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ (1,228.74) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219835086 | Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219835078 | Shrimp Basket Montgomery | PREAUTHORIZED ACH DEBIT | $ (74.95) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219835078 | Shrimp Basket Montgomery | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219835051 | Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ (1,432.34) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219835051 | Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219835035 | Shrimp Basket Milton | PREAUTHORIZED ACH DEBIT | $ (350.93) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219835035 | Shrimp Basket Milton | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219835027 | SHrimp Basket Irondale | PREAUTHORIZED ACH DEBIT | $ (79.95) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219835027 | SHrimp Basket Irondale | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219835019 | Shrimp Basket Ft Walton | PREAUTHORIZED ACH DEBIT | $ (64.95) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219835019 | Shrimp Basket Ft Walton | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219835000 | Shrimp Basket Homewood | PREAUTHORIZED ACH DEBIT | $ (74.95) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219835000 | Shrimp Basket Homewood | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834993 | Shrimp Basket Hattiesburg | PREAUTHORIZED ACH DEBIT | $ (74.95) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834993 | Shrimp Basket Hattiesburg | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834985 | Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ (2,411.06) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834985 | Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834977 | Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ (3,458.62) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834977 | Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834969 | Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ (1,258.30) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834969 | Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834950 | Shrimp Basket Tuscaloosa | PREAUTHORIZED ACH DEBIT | $ (1,156.10) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834950 | Shrimp Basket Tuscaloosa | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834934 | Shrimp Basket Tillmans Corner | PREAUTHORIZED ACH DEBIT | $ (69.95) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834934 | Shrimp Basket Tillmans Corner | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834926 | Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ (1,838.36) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834926 | Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834918 | Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ (2,771.80) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834918 | Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834896 | Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ (1,051.05) | | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834896 | Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ (14.99) | | MERCURY PAYMENT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/7/2020 | 62000019 | 219834888 | Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (1,869.54) | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834888 | Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834861 | Shrimp Basket Bay Minette | PREAUTHORIZED ACH DEBIT | $ | (69.95) | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834861 | Shrimp Basket Bay Minette | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834853 | Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (2,524.92) | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834853 | Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834845 | Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (4,530.92) | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834845 | Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 219834837 | Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ | (782.19) | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 219834837 | Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 262413406 | Shrimp Basket Ridgeland | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 262413406 | Shrimp Basket Ridgeland | PREAUTHORIZED ACH DEBIT | $ | (92.04) | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 262413406 | Shrimp Basket Ridgeland | PREAUTHORIZED ACH DEBIT | $ | (94.90) | VANTIV_INTG_PYMT |
| 7/7/2020 | 62000019 | 262413228 | Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ | (15.00) | MERCURY PAYMENT |
| 7/7/2020 | 62000019 | 262413228 | Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ | (1,242.90) | VANTIV_INTG_PYMT |
| 7/6/2020 | 62000019 | 262413406 | Shrimp Basket Ridgeland | PREAUTHORIZED ACH DEBIT | $ | (105.99) | 5 3 BANKCARD SYS |
| 7/6/2020 | 62000019 | 219835051 | Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (1,415.00) | Southern Glazer' |
| 6/30/2020 | 62000019 | 282064202 | Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ | (377.65) | Supreme Beverage |
| 6/30/2020 | 62000019 | 219835116 | Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (198.70) | Lewis Bear Co. |
| 6/30/2020 | 62000019 | 219835086 | Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (389.00) | Lewis Bear Co. |
| 6/30/2020 | 62000019 | 219834977 | Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (700.44) | Gulf Distributin |
| 6/30/2020 | 62000019 | 219834969 | Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (183.95) | Mitchell Beverag |
| 6/30/2020 | 62000019 | 219834845 | Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (1,117.60) | Gulf Distributin |
| 6/30/2020 | 62000019 | 219834845 | Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (848.50) | Budweiser Busch |
| 6/30/2020 | 62000019 | 219834837 | Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ | (210.60) | Adams Beverages |
| 6/29/2020 | 62000019 | 262413228 | Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ | (168.60) | Birmingham Budwe |
| 6/29/2020 | 62000019 | 219835124 | Shrimp Basket Warrington | PREAUTHORIZED ACH DEBIT | $ | (875.45) | Lewis Bear Co. |
| 6/29/2020 | 62000019 | 219835051 | Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (254.81) | Southern Glazer' |
| 6/29/2020 | 62000019 | 219835035 | Shrimp Basket Milton | PREAUTHORIZED ACH DEBIT | $ | (345.20) | Lewis Bear Co. |
| 6/29/2020 | 62000019 | 219834977 | Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (861.38) | Budweiser Busch |
| 6/29/2020 | 62000019 | 219834853 | Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (1,644.61) | Lewis Bear Co. |
| 6/29/2020 | 62000019 | 219834837 | Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ | (367.40) | Premium Beverage |
| 6/26/2020 | 62000019 | 282064202 | Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ | (327.10) | Turner Beverage |
| 6/26/2020 | 62000019 | 219835116 | Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (930.53) | Southern Glazer' |
| 6/26/2020 | 62000019 | 219835086 | Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (1,303.12) | Southern Glazer' |
| 6/26/2020 | 62000019 | 219834985 | Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (4,329.66) | Southern Glazer' |
| 6/26/2020 | 62000019 | 219834977 | Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (359.74) | Gulf Distributin |
| 6/26/2020 | 62000019 | 219834969 | Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (152.37) | FEB DISTRIBUTING |
| 6/26/2020 | 62000019 | 219834926 | Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ | (290.80) | Gulf Distributin |
| 6/26/2020 | 62000019 | 219834918 | Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (1,635.07) | Southern Glazer' |
| 6/26/2020 | 62000019 | 219834888 | Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (1,807.29) | Southern Glazer' |
| 6/26/2020 | 62000019 | 219834861 | Shrimp Basket Bay Minette | PREAUTHORIZED ACH DEBIT | $ | (230.40) | United - Johnson |
| 6/26/2020 | 62000019 | 219834845 | Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (539.04) | Gulf Distributin |

| 6/26/2020 | 62000019 | 262413228 Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ | (300.40) | Supreme Beverage |
|---|---|---|---|---|---|---|
| 6/25/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (5,635.23) | FLA DEPT REVENUE |
| 6/25/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (9,181.97) | FLA DEPT REVENUE |
| 6/25/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (458.85) | Lewis Bear Co. |
| 6/25/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (489.75) | Lewis Bear Co. |
| 6/25/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (1,486.94) | FLPanamaCityPTax FLPanamaCi |
| 6/25/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (429.30) | Southern Glazer' |
| 6/25/2020 | 62000019 | 219834845 Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (83.50) | BUDWEISER BUSCH |
| 6/24/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (162.46) | Gulf Distributin |
| 6/24/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (437.93) | SOUTHERN GLAZER' |
| 6/24/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (506.72) | SOUTHERN GLAZER' |
| 6/24/2020 | 62000019 | 219834861 Shrimp Basket Bay Minette | PREAUTHORIZED ACH DEBIT | $ | (303.22) | Gulf Distributin |
| 6/23/2020 | 62000019 | 282064202 Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ | (176.80) | Supreme Beverage |
| 6/23/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (143.65) | LEWIS BEAR CO. |
| 6/23/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (351.20) | LEWIS BEAR CO. |
| 6/23/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (557.00) | LEWIS BEAR CO. |
| 6/23/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (168.00) | GOLDRING GULF DI |
| 6/23/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (111.20) | GOLDRING GULF DI |
| 6/23/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (83.40) | GOLDRING GULF DI |
| 6/22/2020 | 62000019 | 282064202 Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ | (57.60) | UNITED - JOHNSON |
| 6/22/2020 | 62000019 | 262413228 Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ | (146.00) | Birmingham Budwe |
| 6/22/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (364.10) | Southern Glazer' |
| 6/22/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (1,453.20) | Southern Glazer' |
| 6/22/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (349.13) | Southern Glazer' |
| 6/22/2020 | 62000019 | 219835035 Shrimp Basket Milton | PREAUTHORIZED ACH DEBIT | $ | (165.20) | Lewis Bear Co. |
| 6/22/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (904.03) | Southern Glazer' |
| 6/22/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (1,028.32) | Budweiser Busch |
| 6/22/2020 | 62000019 | 219834896 Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ | (217.18) | Gulf Distributin |
| 6/22/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (484.84) | Southern Glazer' |
| 6/22/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (446.35) | Lewis Bear Co. |
| 6/22/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (208.40) | GOLDRING GULF DI |
| 6/22/2020 | 62000019 | 219834861 Shrimp Basket Bay Minette | PREAUTHORIZED ACH DEBIT | $ | (211.98) | Budweiser Busch |
| 6/22/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (960.05) | Lewis Bear Co. |
| 6/22/2020 | 62000019 | 219834837 Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ | (189.70) | Adams Beverages |
| 6/19/2020 | 62000019 | 219834969 Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (53.23) | FEB Distributing |
| 6/19/2020 | 62000019 | 282064202 Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ | (127.00) | Turner Beverage |
| 6/18/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (122.35) | Lewis Bear Co. |
| 6/18/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (60.12) | Gulf Distributin |
| 6/18/2020 | 62000019 | 219834969 Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (258.44) | Mitchell Beverag |
| 6/18/2020 | 62000019 | 219834950 Shrimp Basket Tuscaloosa | PREAUTHORIZED ACH DEBIT | $ | (105.48) | Adams Beverage - |
| 6/18/2020 | 62000019 | 219834926 Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ | (158.84) | BUDWEISER BUSCH |
| 6/18/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (427.25) | Lewis Bear Co. |
| 6/18/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (1,094.19) | Southern Glazer' |

| Date | | | | Amount | |
|---|---|---|---|---|---|
| 6/18/2020 | 62000019 | 219834845 Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ (798.50) | BUDWEISER BUSCH |
| 6/18/2020 | 62000019 | 219834845 Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ (251.65) | Gulf Distributin |
| 6/17/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ (1,508.37) | SOUTHERN GLAZER' |
| 6/16/2020 | 62000019 | 282064202 Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ (11.00) | Supreme Beverage |
| 6/16/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ (246.10) | GOLDRING GULF DI |
| 6/16/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ (190.85) | Lewis Bear Co. |
| 6/16/2020 | 62000019 | 219835094 Fresh Seafood Deliveries | CHECK PAID | $ (229.53) | 2190 Town of Loxley |
| 6/16/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ (157.20) | GOLDRING GULF DI |
| 6/16/2020 | 62000019 | 219834950 Shrimp Basket Tuscaloosa | PREAUTHORIZED ACH DEBIT | $ (174.64) | Gulf Supreme of |
| 6/15/2020 | 62000019 | 262413228 Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ (345.00) | Birmingham Budwe |
| 6/15/2020 | 62000019 | 219835094 Fresh Seafood Deliveries | CHECK PAID | $ (1,200.00) | 2191 Jason Winfield (relocation) |
| 6/15/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ (477.76) | Southern Glazer' |
| 6/15/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ (17.52) | Budweiser Busch |
| 6/15/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ (168.00) | GOLDRING GULF DI |
| 6/15/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ (30.45) | Lewis Bear Co. |
| 6/15/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ (171.31) | Lewis Bear Co. |
| 6/15/2020 | 62000019 | 219834837 Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ (105.30) | Adams Beverages |
| 6/12/2020 | 62000019 | 262413228 Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ (26.95) | Supreme Beverage |
| 6/12/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ (641.21) | Southern Glazer' |
| 6/12/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ (226.80) | Lewis Bear Co. |
| 6/12/2020 | 62000019 | 219834969 Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ (45.90) | FEB Distributing |
| 6/12/2020 | 62000019 | 219834896 Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ (984.33) | BUDWEISER BUSCH |
| 6/11/2020 | 62000019 | 219835124 Shrimp Basket Warrington | PREAUTHORIZED ACH DEBIT | $ (807.11) | Southern Glazer' |
| 6/11/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ (195.10) | Lewis Bear Co. |
| 6/11/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ (174.64) | Gulf Distributin |
| 6/11/2020 | 62000019 | 219834950 Shrimp Basket Tuscaloosa | PREAUTHORIZED ACH DEBIT | $ (84.28) | ADAMS BEVERAGE - |
| 6/11/2020 | 62000019 | 219834926 Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ (784.48) | Budweiser Busch |
| 6/11/2020 | 62000019 | 219834926 Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ (261.90) | Gulf Distributin |
| 6/11/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ (270.75) | Lewis Bear Co. |
| 6/10/2020 | 62000019 | 219834926 Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ (115.20) | UNITED - JOHNSON |
| 6/10/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ (781.17) | Southern Glazer' |
| 6/10/2020 | 62000019 | 219834896 Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ (114.52) | Gulf Distributin |
| 6/10/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ (700.40) | Southern Glazer' |
| 6/9/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ (164.25) | Lewis Bear Co. |
| 6/9/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ (143.80) | GOLDRING GULF DI |
| 6/9/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ (149.80) | GOLDRING GULF DI |
| 6/9/2020 | 62000019 | 219834896 Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ (300.00) | UNITED - JOHNSON |
| 6/9/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ (127.40) | GOLDRING GULF DI |
| 6/9/2020 | 62000019 | 219834845 Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ (174.64) | Gulf Distributin |
| 6/9/2020 | 62000019 | 219834837 Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ (16.74) | fintech.net |
| 6/8/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ (6.21) | 5 3 BANKCARD SYS |
| 6/8/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ (253.91) | Southern Glazer' |
| 6/8/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ (91.80) | GOLDRING GULF DI |

| 6/8/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (56.12) | BUDWEISER BUSCH |
|---|---|---|---|---|---|---|
| 6/8/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (231.60) | LEWIS BEAR CO. |
| 6/8/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (88.80) | GOLDRING GULF DI |
| 6/8/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (1,012.10) | LEWIS BEAR CO. |
| 6/8/2020 | 62000019 | 219834837 Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ | (23.90) | Premium Beverage |
| 6/8/2020 | 62000019 | 262413228 Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ | (21.60) | Birmingham Budwe |
| 6/5/2020 | 62000019 | 282064202 Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 282064202 Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ | (172.70) | TURNER BEVERAGE |
| 6/5/2020 | 62000019 | 282064202 Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ | (1,826.40) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835132 Shrimp Basket Columbus | PREAUTHORIZED ACH DEBIT | $ | (109.90) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835132 Shrimp Basket Columbus | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219835124 Shrimp Basket Warrington | PREAUTHORIZED ACH DEBIT | $ | (1,400.61) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835124 Shrimp Basket Warrington | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (2,192.55) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219835108 Shrimp Basket Old Shell Rd | PREAUTHORIZED ACH DEBIT | $ | (69.95) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835108 Shrimp Basket Old Shell Rd | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (2,029.42) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219835078 Shrimp Basket Montgomery | PREAUTHORIZED ACH DEBIT | $ | (74.95) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835078 Shrimp Basket Montgomery | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (2,053.67) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (782.40) | LEWIS BEAR CO. |
| 6/5/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219835035 Shrimp Basket Milton | PREAUTHORIZED ACH DEBIT | $ | (74.95) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835035 Shrimp Basket Milton | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219835027 SHrimp Basket Irondale | PREAUTHORIZED ACH DEBIT | $ | (79.95) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835027 SHrimp Basket Irondale | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219835019 Shrimp Basket Ft Walton | PREAUTHORIZED ACH DEBIT | $ | (64.95) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835019 Shrimp Basket Ft Walton | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219835000 Shrimp Basket Homewood | PREAUTHORIZED ACH DEBIT | $ | (74.95) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219835000 Shrimp Basket Homewood | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834993 Shrimp Basket Hattiesburg | PREAUTHORIZED ACH DEBIT | $ | (74.95) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834993 Shrimp Basket Hattiesburg | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (2,221.58) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (835.33) | SOUTHERN GLAZER' |
| 6/5/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (6,239.64) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (91.82) | Gulf Distribuin |
| 6/5/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834969 Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (1,482.98) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834969 Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (153.22) | FEB Distributing |
| 6/5/2020 | 62000019 | 219834969 Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/5/2020 | 62000019 | 219834950 | Shrimp Basket Tuscaloosa | PREAUTHORIZED ACH DEBIT | $ (69.95) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834950 | Shrimp Basket Tuscaloosa | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834934 | Shrimp Basket Tillmans Corner | PREAUTHORIZED ACH DEBIT | $ (69.95) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834934 | Shrimp Basket Tillmans Corner | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834926 | Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ (1,985.02) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834926 | Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834918 | Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ (4,268.32) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834918 | Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834896 | Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ (269.17) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834896 | Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834888 | Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ (2,334.92) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834888 | Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834861 | Shrimp Basket Bay Minette | PREAUTHORIZED ACH DEBIT | $ (69.95) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834861 | Shrimp Basket Bay Minette | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834853 | Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ (4,073.45) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834853 | Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ (45.14) | 5 3 BANKCARD SYS |
| 6/5/2020 | 62000019 | 219834853 | Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834845 | Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ (7,181.82) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834845 | Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 219834837 | Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ (668.50) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 219834837 | Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 262413406 | Shrimp Basket Ridgeland | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 262413406 | Shrimp Basket Ridgeland | PREAUTHORIZED ACH DEBIT | $ (94.90) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 262413406 | Shrimp Basket Ridgeland | PREAUTHORIZED ACH DEBIT | $ (95.66) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 262413228 | Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ (15.00) | MERCURY PAYMENT |
| 6/5/2020 | 62000019 | 262413228 | Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ (1,425.71) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 213150170 | Shrimp Basket Gardendale LLC | PREAUTHORIZED ACH DEBIT | $ (74.95) | VANTIV_INTG_PYMT |
| 6/5/2020 | 62000019 | 213150170 | Shrimp Basket Gardendale LLC | PREAUTHORIZED ACH DEBIT | $ (14.99) | MERCURY PAYMENT |
| 6/4/2020 | 62000019 | 219835116 | Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ (10,436.16) | FLA DEPT REVENUE |
| 6/4/2020 | 62000019 | 219834985 | Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ (312.00) | Lewis Bear Co. |
| 6/4/2020 | 62000019 | 219834985 | Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ (9,042.56) | FLA DEPT REVENUE |
| 6/4/2020 | 62000019 | 219834969 | Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ (26.87) | Mitchell Beverag |
| 6/4/2020 | 62000019 | 219834969 | Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ (7,932.14) | MSDEPTOFREVENUE |
| 6/4/2020 | 62000019 | 219834918 | Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ (192.50) | Lewis Bear Co. |
| 6/4/2020 | 62000019 | 219834918 | Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ (718.35) | Southern Glazer' |
| 6/4/2020 | 62000019 | 219834853 | Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ (2,142.48) | Southern Glazer' |
| 6/4/2020 | 62000019 | 219834845 | Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ (415.00) | Budweiser Busch |
| 6/3/2020 | 62000019 | 219834977 | Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ (300.00) | Budweiser Busch |
| 6/3/2020 | 62000019 | 219834977 | Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ (115.20) | United - Johnson |
| 6/3/2020 | 62000019 | 219834837 | Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ (179.00) | Adams Beverages |
| 6/2/2020 | 62000019 | 219835116 | Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ (197.60) | GOLDRING GULF DI |
| 6/2/2020 | 62000019 | 219835051 | Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ (180.60) | GOLDRING GULF DI |
| 6/2/2020 | 62000019 | 219834918 | Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ (188.40) | GOLDRING GULF DI |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/2/2020 | 62000019 | 219834896 Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ | (295.34) | GULF DISTRIBUTIN |
| 6/2/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (291.00) | LEWIS BEAR CO. |
| 6/2/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (355.20) | GOLDRING GULF DI |
| 6/1/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (223.98) | SOUTHERN GLAZER' |
| 6/1/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (718.92) | Southern Glazer' |
| 6/1/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (421.96) | Budweiser Busch |
| 6/1/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (1,042.68) | SOUTHERN GLAZER' |
| 6/1/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (679.30) | SOUTHERN GLAZER' |
| 6/1/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (249.40) | GOLDRING GULF DI |
| 6/1/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (88.75) | Lewis Bear Co. |
| 6/1/2020 | 62000019 | 219834837 Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ | (30.30) | Premium Beverage |
| 5/29/2020 | 62000019 | 262413228 Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ | (74.90) | Supreme Beverage |
| 5/29/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (211.40) | Lewis Bear Co. |
| 5/29/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (217.36) | Gulf Distributin |
| 5/29/2020 | 62000019 | 219834896 Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ | (268.44) | BUDWEISER BUSCH |
| 5/29/2020 | 62000019 | 219834837 Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ | (60.16) | HARLAND CLARKE |
| 5/28/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (110.30) | Lewis Bear Co. |
| 5/28/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (117.20) | Lewis Bear Co. |
| 5/28/2020 | 62000019 | 219835019 Shrimp Basket Ft Walton | PREAUTHORIZED ACH DEBIT | $ | (260.51) | FLPanamaCityPTax |
| 5/28/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (172.50) | Lewis Bear Co. |
| 5/28/2020 | 62000019 | 219834926 Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ | (319.88) | Budweiser Busch |
| 5/28/2020 | 62000019 | 219834926 Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ | (399.66) | GULF DISTRIBUTIN |
| 5/28/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (53.00) | Lewis Bear Co. |
| 5/28/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (384.20) | Lewis Bear Co. |
| 5/28/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (438.08) | FLPanamaCityPTax |
| 5/28/2020 | 62000019 | 219834845 Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (609.54) | Budweiser Busch |
| 5/27/2020 | 62000019 | 219835124 Shrimp Basket Warrington | PREAUTHORIZED ACH DEBIT | $ | (3,755.40) | FLA DEPT REVENUE |
| 5/27/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (6,463.80) | FLA DEPT REVENUE |
| 5/27/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (3,979.58) | FLA DEPT REVENUE |
| 5/27/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (3,313.73) | FLA DEPT REVENUE |
| 5/27/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (61.00) | GOLDRING GULF DI |
| 5/27/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (179.01) | FLA DEPT REVENUE |
| 5/27/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (147.40) | GOLDRING GULF DI |
| 5/27/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (3,710.48) | FLA DEPT REVENUE |
| 5/27/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (194.60) | GOLDRING GULF DI |
| 5/26/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (354.70) | BUDWEISER BUSCH |
| 5/22/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (62.55) | HARLAND CLARKE |
| 5/22/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (62.34) | HARLAND CLARKE |
| 5/22/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (1,440.96) | SOUTHERN GLAZER' |
| 5/22/2020 | 62000019 | 219834969 Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (925.00) | MSDEPTOFREVENUE |
| 5/22/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (853.30) | SOUTHERN GLAZER' |
| 5/22/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (1,068.50) | SOUTHERN GLAZER' |
| 5/21/2020 | 62000019 | 219835124 Shrimp Basket Warrington | PREAUTHORIZED ACH DEBIT | $ | (586.86) | SOUTHERN GLAZER' |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/21/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (53.20) | Lewis Bear Co. |
| 5/21/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (294.80) | Lewis Bear Co. |
| 5/21/2020 | 62000019 | 219834969 Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (6,926.87) | MSDEPTOFREVENUE |
| 5/21/2020 | 62000019 | 219834969 Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (4,274.51) | MSDEPTOFREVENUE |
| 5/21/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (361.60) | Lewis Bear Co. |
| 5/21/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (104.55) | 5 3 BANKCARD SYS |
| 5/21/2020 | 62000019 | 219834845 Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (212.79) | Budweiser Busch |
| 5/20/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (256.65) | SOUTHERN GLAZER' |
| 5/19/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (938.11) | SOUTHERN GLAZER' |
| 5/19/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (210.80) | GOLDRING GULF DI |
| 5/18/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (175.20) | GOLDRING GULF DI |
| 5/18/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (687.50) | Lewis Bear Co. |
| 5/15/2020 | 62000019 | 219835132 Shrimp Basket Columbus | PREAUTHORIZED ACH DEBIT | $ | (266.75) | SAVANNAH DISTRIB |
| 5/15/2020 | 62000019 | 219834845 Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (390.00) | BUDWEISER BUSCH |
| 5/15/2020 | 62000019 | 219834837 Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ | (309.20) | Premium Beverage |
| 5/14/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (274.60) | Lewis Bear Co. |
| 5/14/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (852.00) | BUDWEISER BUSCH |
| 5/14/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (49.75) | Lewis Bear Co. |
| 5/14/2020 | 62000019 | 219834845 Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (494.00) | BUDWEISER BUSCH |
| 5/13/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (898.92) | Southern Glazer' |
| 5/11/2020 | 62000019 | 219835124 Shrimp Basket Warrington | PREAUTHORIZED ACH DEBIT | $ | (142.00) | Lewis Bear Co. |
| 5/11/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (81.79) | 5 3 BANKCARD SYS |
| 5/8/2020 | 62000019 | 282064202 Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 262413406 Shrimp Basket Ridgeland | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 262413228 Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ | (15.00) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219835132 Shrimp Basket Columbus | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219835124 Shrimp Basket Warrington | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219835108 Shrimp Basket Old Shell Rd | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219835078 Shrimp Basket Montgomery | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219835035 Shrimp Basket Milton | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219835027 SHrimp Basket Irondale | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219835019 Shrimp Basket Ft Walton | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219835000 Shrimp Basket Homewood | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834993 Shrimp Basket Hattiesburg | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834969 Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834950 Shrimp Basket Tuscaloosa | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834934 Shrimp Basket Tillmans Corner | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834926 Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/8/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834896 Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (919.44) | SOUTHERN GLAZER' |
| 5/8/2020 | 62000019 | 219834861 Shrimp Basket Bay Minette | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834845 Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 219834837 Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/8/2020 | 62000019 | 213150170 Shrimp Basket Gardendale LLC | PREAUTHORIZED ACH DEBIT | $ | (14.99) | MERCURY PAYMENT |
| 5/7/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (610.08) | Southern Glazer' |
| 5/7/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (85.00) | LEWIS BEAR CO. |
| 5/6/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (4,777.30) | SANTA ROSA COUNT TAX COLL. |
| 5/5/2020 | 62000019 | 219835132 Shrimp Basket Columbus | PREAUTHORIZED ACH DEBIT | $ | (88.50) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219835124 Shrimp Basket Warrington | PREAUTHORIZED ACH DEBIT | $ | (719.09) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219835116 Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (1,287.46) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219835108 Shrimp Basket Old Shell Rd | PREAUTHORIZED ACH DEBIT | $ | (61.29) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219835094 Fresh Seafood Deliveries | CHECK PAID | $ | (11,503.00) | 2188 Wheels Up Inc |
| 5/5/2020 | 62000019 | 219835086 Shrimp Basket Navy | PREAUTHORIZED ACH DEBIT | $ | (892.92) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219835078 Shrimp Basket Montgomery | PREAUTHORIZED ACH DEBIT | $ | (66.25) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219835051 Shrimp Basket Navarre | PREAUTHORIZED ACH DEBIT | $ | (785.12) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219835035 Shrimp Basket Milton | PREAUTHORIZED ACH DEBIT | $ | (66.20) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219835027 SHrimp Basket Irondale | PREAUTHORIZED ACH DEBIT | $ | (101.68) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219835019 Shrimp Basket Ft Walton | PREAUTHORIZED ACH DEBIT | $ | (56.29) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219835000 Shrimp Basket Homewood | PREAUTHORIZED ACH DEBIT | $ | (96.53) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834993 Shrimp Basket Hattiesburg | PREAUTHORIZED ACH DEBIT | $ | (66.25) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834985 Shrimp Basket Destin | PREAUTHORIZED ACH DEBIT | $ | (155.31) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834977 Shrimp Basket Gulf Shores | PREAUTHORIZED ACH DEBIT | $ | (1,251.63) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834969 Shrimp Basket Gulfport | PREAUTHORIZED ACH DEBIT | $ | (767.32) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834950 Shrimp Basket Tuscaloosa | PREAUTHORIZED ACH DEBIT | $ | (62.23) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834934 Shrimp Basket Tillmans Corner | PREAUTHORIZED ACH DEBIT | $ | (61.25) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834926 Shrimp Basket Foley | PREAUTHORIZED ACH DEBIT | $ | (96.70) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834918 Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (1,061.28) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834896 Shrimp Basket Evergreen | PREAUTHORIZED ACH DEBIT | $ | (61.20) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834888 Shrimp Basket Pensacola Beach | PREAUTHORIZED ACH DEBIT | $ | (96.25) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834861 Shrimp Basket Bay Minette | PREAUTHORIZED ACH DEBIT | $ | (61.25) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834853 Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (874.39) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834845 Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (1,199.75) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 219834837 Shrimp Basket Auburn | PREAUTHORIZED ACH DEBIT | $ | (56.25) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 262413406 Shrimp Basket Ridgeland | PREAUTHORIZED ACH DEBIT | $ | (57.70) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 262413406 Shrimp Basket Ridgeland | PREAUTHORIZED ACH DEBIT | $ | (73.29) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 262413228 Shrimp Basket Cullman | PREAUTHORIZED ACH DEBIT | $ | (726.81) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 213150170 Shrimp Basket Gardendale LLC | PREAUTHORIZED ACH DEBIT | $ | (96.35) | VANTIV_INTG_PYMT |
| 5/5/2020 | 62000019 | 282064202 Shrimp Basket Madison | PREAUTHORIZED ACH DEBIT | $ | (1,021.89) | VANTIV_INTG_PYMT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/1/2020 | 62000019 | 219834845 | Shrimp Basket Orange Beach | PREAUTHORIZED ACH DEBIT | $ | (31.52) | 5 3 BANKCARD SYS |
| 4/30/2020 | 62000019 | 262413406 | Shrimp Basket Ridgeland | PREAUTHORIZED ACH DEBIT | $ | (5.00) | 5 3 BANKCARD SYS |
| 4/30/2020 | 62000019 | 219834853 | Shrimp Basket Panama City Beach | PREAUTHORIZED ACH DEBIT | $ | (12.81) | 5 3 BANKCARD SYS |
| 4/22/2020 | 62000019 | 219834918 | Shrimp Basket Perdido Key | PREAUTHORIZED ACH DEBIT | $ | (611.04) | SOUTHERN GLAZER' |
| 4/21/2020 | 62000019 | 219835116 | Shrimp Basket Nine Mile | PREAUTHORIZED ACH DEBIT | $ | (86.91) | 5 3 BANKCARD SYS |

Synovus Bank

| Date | Status | Description | Serial Number | Withdrawal Amount | Desc |
|------|--------|-------------|---------------|-------------------|------|
| 7/14/2020 | | PREAUTHORIZED WD AL ONESPOT TAX Alabama.go 200714 20207850570 | | $ 42,436.40 | AL Dept of Revenue |
| 7/14/2020 | | PREAUTHORIZED WD MSDEPTOFREVENUE TAXPAYMENT 200714 M388885248 | | $ 5,184.09 | MS Dept of Revenue |
| 7/14/2020 | | PREAUTHORIZED WD AL-DEPT OF REV DIRECT DBT 200713 579253632 | | $ 33,321.81 | AL Dept of Revenue |
| 7/14/2020 | | PREAUTHORIZED WD AL-DEPT OF REV DIRECT DBT 200713 306056576 | | $ 4,858.80 | AL Dept of Revenue |
| 7/13/2020 | | CHECK TLR 06 BR 188 | | $ 3,851.47 | Shrimp Basket Bottling Regions Account |
| 7/13/2020 | | PREAUTHORIZED WD SANTA ROSA COUNT TAX COLL. 200713 | | $ 2,902.03 | Santa Rosa Tax Collector |
| 7/13/2020 | | PREAUTHORIZED WD SANTA ROSA COUNT TAX COLL. 200713 | | $ 2,902.03 | Santa Rosa Tax Authority |
| 7/10/2020 | | ECP INCLEARING CHECK | 16072 | $ 108.00 | Shrimp Basket Bottling Regions Account |
| 7/10/2020 | | CHECK | 16073 | $ 9,448.90 | Paycom Payroll LLC |
| 7/9/2020 | | ECP INCLEARING CHECK | 16071 | $ 20,434.50 | Shrimp Basket Restaurants, LLC |
| 7/9/2020 | | ECP INCLEARING CHECK | 16070 | $ 28,833.04 | Shrimp Basket Bottling Regions Account |
| 7/6/2020 | | CHECK | 16064 | $ 1,071.03 | Avenu Insights and Analytics |
| 7/6/2020 | | CHECK | 16065 | $ 438.75 | City of Cullman |
| 7/6/2020 | | CHECK | 16066 | $ 29.15 | City of Foley |
| 7/6/2020 | | CHECK | 16067 | $ 213.16 | City of Gulf Shores |
| 7/6/2020 | | CHECK | 16068 | $ 728.24 | City of Madison - Revenue Dept |
| 7/6/2020 | | CHECK | 16069 | $ 388.67 | Santa Rosa Island Authority |
| 6/26/2020 | | SERVICE CHARGE DOMESTIC WIRE IN | | $ 18.00 | Fees |
| 6/16/2020 | | MAINTENANCE FEE ANALYSIS ACTIVITY FOR 05/20 | | $ 68.72 | Fees |
| 5/13/2020 | | MAINTENANCE FEE ANALYSIS ACTIVITY FOR 04/20 | | $ 32.73 | Fees |
| 4/15/2020 | | MAINTENANCE FEE ANALYSIS ACTIVITY FOR 03/20 | | $ 56.40 | Fees |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Florida

In re   **SBIH, LLC** _____   Case No. _____

_____   Chapter   **7**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................   $ _____ **45,000.00**

   Prior to the filing of this statement I have received .....................   $ _____ **45,000.00**

   Balance Due ................................................................   $ _____ **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **SBIH, LLC d/b/a Shrimp Basket Corp**

3. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify):   **N/A**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Attendance at routine Rule 2004 examinations, prosecution and defense of routine administrative matters, and communications incidental thereto.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Defense of adversary proceedings or other contested matters, complex Rule 2004 examinations, preparation of responses to discovery, and any other matters not expressly identified above.**

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 16, 2020** | **/s/ Richard R. Thames** |
| _Date_ | **Richard R. Thames** |
| | _Signature of Attorney_ |
| | **Thames Markey & Heekin, PA** |
| | **50 North Laura Street** |
| | **Suite 1600** |
| | **Jacksonville, FL 32202** |
| | **904-358-4000   Fax: 904-358-4001** |
| | **abd@tmhlaw.net** |
| | _Name of law firm_ |

# United States Bankruptcy Court
## Northern District of Florida

In re    **SBIH, LLC**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**SBIH, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**SBNH, LLC**
**c/o G2 Capital Advisors, LLC**
**420 Boylston St., #302**
**Boston, MA 02116**

☐ None [*Check if applicable*]

**July 16, 2020**

Date

/s/ Richard R. Thames
**Richard R. Thames**
Signature of Attorney or Litigant
Counsel for    **SBIH, LLC**
**Thames Markey & Heekin, PA**
**50 North Laura Street**
**Suite 1600**
**Jacksonville, FL 32202**
**904-358-4000 Fax:904-358-4001**
**abd@tmhlaw.net**

# United States Bankruptcy Court
## Northern District of Florida

In re   **SBIH, LLC** _____   Case No. _____

                                    Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 16, 2020** _____     **/s/ Jeffrey T. Varsalone** _____

                                                           **Jeffrey T. Varsalone**/**Chief Restructuring Officer**
                                                           Signer/Title

.

SBIH, LLC
c/o G2 Capital Advisors, LLC
420 Boylston St., #302
Boston, MA 02116

Airgas National Carbonation
P O Box 734673
Dallas, Tx 75373-4673

Ashland Station, LLC
3601 Spring Hill Business Park, #2
Mobile, AL 36608

Richard R. Thames
Thames Markey & Heekin, PA
50 North Laura Street
Suite 1600
Jacksonville, FL 32202

Akerman LLP
P.O. Box 4906
Orlando, FL 32801

AT&T
P. O. Box 105262
Alanta, GA 30348

A Perfect Pressure Cleaning Inc
P O Box 55
Baker, FL 32531

Alabama Dept. of Revenue
Corporate Tax Section
P.O. Box 327430
Montgomery, AL 36132-7430

AT&T
P O Box 105251
Atlanta, Ga 30348-5251

Aaron's Lock
190 Northside Cir.
Gulf Shores, AL 36542

Alabama Power
P. O. Box 242
Birmingham, AL 35292

Auburn Water Works Board
1501 W Samford Ave
Auburn, AL 36832

Aaron's Lock Service
190 Northshore Cir.
Gulf Shores, AL 36542

Alicia Averitt
24749 Daw Rd.
Elberta, AL 36530

Auto Chlor - Hattiesburg
193 Country Place Parkway
Pearl, MS 39208

Ackerman Security Systems
1346 Oakbrook Dr., #175
Norcross, GA 30093

American Express
P.O. Box 650448
Dallas, TX 75265

Auto Chlor -Tuscaloosa
7452 Hwy 45 N
Columbus, MS 39705

Acoustical Specialist Inc
P O Box 37190
Pensacola, FL 32526

American Lawn Company
PO BOX 362-123
Hoover, AL 35236

Auto Chlor Services, LLC
P O Box 4869
Dept 205
Houston, TX 77210-4869

Air Care Systems
P O Box 1621
Hunstville, AL 35807

Anytime Plumber
175 W Airport Blvd
Pensacola, FL 32505

Axion Communicatons
3201 Corte Malpaso #311
Camarillo, CA 93012

Air Flow Mechnical Services, LLC
P.O. Box 121
Pensacola, FL 32504

Ashland Station, LLC
2600 Dauphin Street
Mobile, AL 36606

Baldwin County Revenue Commiss
201 E. Section Ave.
Foley, AL 36535

Baldwin Emc
P. O. Box 220
Summerdale, AL 36580

Barry Willingham, ACTA
P.O. Box 2220
Cullman, AL 35056-2220

Bay Area Point of Sales Inc
35992 Boykin Blvd
Lillian, AL 36549

Bay Climate Control & Refrigeration LLC
P O Box 180443
Mobile, AL 36618

Bay County Tax Collector
850 W. 11th St.
Panama City, FL 32401

Beavers Law, LLC
4301 Dolly Ridge Rd.
FL 32543

Bengal Development, LLC
727 Sunset Rd
Collins, MS 39428

BHT Grease Trap Solutions
P O Box 1596
Birmingham, AL 35201

Bill Salter Advertising, Inc.
P.O. Box 761
Milton, FL 32572

Birmingham Water Works
P.O. Box 830269
Birmingham, AL 35283

BKD, LLP
14241 Dallas Parkway, Ste. 1100
Dallas, TX 75254

Bon Secour Fisheries
P O Box 60
Bon Secour, AL 36511

Brandon Taff
3001 Willow Lane Dr.
Montgomery, AL 36109

BSD Food, Ltd.
3900 Montclair Rd., #310
Birmingham, AL 35213

Cardinal Web Solutions
P.O. Box 930359
Atlanta, GA 31193-0359

Carol Coplin
12206 Front Beach Rd.
Panama City Beach, FL 32407

CBD, Inc
2056 Oak Grove Road
Hattiesburg, MS 39402

CBD, Inc.
208 S. 28th Ave.
Hattiesburg, MS 39401

CenterPoint Energy, Inc.
P O Box 4981
Houston, TX 77210

Central Restaurant Products
P.O. Box 78070
Indianapolis, IN 46278-0070

Century Link
P O Box 4300
Carol Stream, IL 60197-4300

Certified Hood & Fire Specialists, In
P.O. Box 1963
Foley, AL 36536

CIMA Engery Solutions LLC
P O Box 746225
Atlanta, GA 30374-6225

Cintas - Cincinnati Oh
P O Box 630910
Cincinnati, OH 45263

Cintas - Dallas Tx
P O Box 650838
Dallas, TX 75265

City of Auburn
144 Tichenor Ave., #6
Auburn, AL 36830

City of Evergreen
P.O. Box 229
Evergreen, AL 36401

City of Foley
P. O. Box 1750
Foley, AL 36536

City Produce
PO Box 1334
Fort Walton Beach, FL 32549

Cornerstone Media
2611 Commerce Blvd.
Birmingham, AL 35210

City of Fort Walton Beach
107 Miracle Strip Pkwy SW,
Fort Walton Beach, FL 32548

Clarke-Mobile Counties Gas District
24831 Canal Road
Orange Beach, AL 36561

Costa Verde Landscaping LLC
P O Box 19097
Panama City Beach, FL 32417

City of Gulf Breeze
PO Box 640
Gulf Breeze, FL 32562

Cleveland-Menu Printing, Inc.
1441 E. 17th St.
Cleveland, OH 44114

Cottle Properties LLC
6003 Veterans Parkway
Columbus, GA 31909

City of Gulfport Water and Sewer
PO Box 123643
Dept 3643
Dallas, TX 75312

Coca Cola - United
P O Box 105637
Atlanta, GA 30348-5637

Cottle Properties, LLC
P.O. Box 8545
Attn: Ron Cottle, Jr.
Columbus, GA 31908

City of Milton-
P. O. Box 909
Milton, FL 32572

Columbus Tax Comissioner
3111 Citizens Way
Columbus, GA 31906

Cox Business - Dallas
P O Box 919243
Dallas, TX 75391-9243

City of Panama City Beach
116 S. Arnold Rd.
Panama City Beach, FL 32413

Columbus Water Works
P O Box 1600
Columbus, GA 31902

Cox Business - Detroit
P O Box 771911
Detroit, Mi 48277-1911

City of Pensacola
P. O. Box 12910
Pensacola, FL 32521

Comcast Business
P O Box 71211
Charlotte, NC 28272-1211

CPC - Dallas, TX
P.O. Box 660831
Dallas, TX 75266

City of Ridgeland
P O Box 217
Ridgeland, Ms 39158-0217

Conditioned Air Solutions LLC
200 Dan Tibbs Rd NW
Huntsville, AL 35806

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197

City of Tuscaloosa Water & Sewer Dep
P O Box 2153
Birmingham, AL 35287

Conecuh County Tax Collector
111 Court St., #106
Evergreen, AL 36401

Cullman County Revenue Commiss
500 2nd Ave. SW, #102
Cullman, AL 35055

Cullman Power Board
P O Box 1680
Cullman, AL 35056-1680

Dixie Electric Company Inc
580 Trade Center Street
Montgomery, AL 36108

Evergreen Chamber of Commerce
100 Depot Sq.
Evergreen, AL 36401

Cullman-Jefferson Counties Gas District
P O Box 399
Cullman, AL 35056-0399

Dixon Screen Printing
312 W. Detroit Blvd
Pensacola, FL 32534

FastSigns
8350 Florida Blvd Ste A-1
Baton Rouge, LA 70806

Cypress Outdoor Advertising, LLC
P.O. Box 15457
Hattiesburg, MS 39404

Earthworks Pro LLC
130 Woodland Drive
Denham Springs, LA 70726

FDOT - Expressway
P.O. Box 71237
Charlotte, NC 28272-1237

D&H Investment Properties, LLC
110 Moores Road
Mandeville, LA 70471

Edwin J. Spence
P.O. Box 904
Gulf Shores, AL 36547

FDOT - FL
P.O. Box 310
Ocoee, FL 34761

Dana Graham
2403 Bradley Avenue
Bay Minette, AL 36507

Emerald Coast Utilities Authority
P O Box 17089
Pensacola, FL 32522

FDOT - GA
P.O. Box 105477
Atlanta, GA 30348

Desporte and Sons Seafood, Inc
1075 Division Street
P O Box 704
Biloxi, MS 39533

Emmet, Marvin & Martin LLP
120 Broadway, 32nd Fl.
New York, NY 10271

Federal Service Corp
P.O. Box 485
Bay Minette, AL 36507

Destin Water Users, Inc.
P O Box 308
Destin, FL 32540

Ensley Shopping Center, Ltd.
120 E. Main St., #A
Pensacola, FL 32502

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

DigiPro Media
214 E. Garden St.
Pensacola, FL 32502

Escambia County Tax Collector
213 Palafox Pl.
Pensacola, FL 32502

Fineline Contractors Inc
139 Creekwater Street
Helena, AL 35080

Direct TV
P O Box 105249
Alanta, GA 30348

Evergreen
318 Beverly Parkway
Pensacola, FL 32505

Five R Investments, LLC
151 W. Main St., #200
Pensacola, FL 32502

FL Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Gabriel Fire & Security Inc   dba Gulftec
3120 N Davis Hwy
Pensacola, FL 32503

Gilmore Services
31 E. Fairfield Dr.
Pensacola, FL 32501

FL Dept. of State
Clifton Building
2661 Executive Center Dr.
Tallahassee, FL 32301

Gabriel Fire & Security OLD
P.O. Box 10365
Pensacola, FL 32524-0365

Goldring Gulf Distributing
8245 Opportunity Dr.
Milton, FL 32583

Forrest Tax Collector's Office
601 Main St.
Hattiesburg, MS 39401

Gardendale Plaza II, LLC
1200 Beacon Parkway East, Suite #706
Birmingham, AL 35209

Gulf Coast Gasket Guy
9020 Krystal Ridge Ct.
Daphne, AL 36526

Fortune Gulf States LLC
13050 N Wintzell Ave
BAYOU LABATRE, AL 36509

Gasket Guy
9020 Krystal Ridge Ct.
Daphne, AL 36526

Gulf Coast Produce
410 E. Section Ave.
Foley, AL 36535

Fred Pryor
P.O. Box 219468
Kansas City, MO 64121-9468

Gatehouse Media
P.O. Box 102801
Atlanta, GA 30368-2801

Gulf Power Company
P.O. Box 29090
Miami, FL 33102-9090

Fremin's Contractor Services, LLC
1401 Schillinger Road North
Semmes, AL 36575

Gecko Hospitality
Dept. 4542
Carol Stream, IL 60122-4542

Gulf Shores Utilities
P.O. Box 1229
Gulf Shores, AL 36547-1229

Frozen Drink Machines
P O Box 1272,
Gulf Shores, AL 36547

George W. Barber Jr.
27 Inverness Center Parkway
Birmingham, AL 35242

Gulftech Fire & Security
P.O. Box 10365
Pensacola, FL 32524

FRZ, LLC
3146 Green Valley Rd.
Vestavia, AL 35243

George W. Barber, Jr.
27 Inverness Center Pkwy.
Birmingham, AL 35242

Gulftech Fire & Security .
P.O. Box 1020
Defuniak Springs, FL 32435

Fultondale Gas Department
P O Box 609
Fultondale, AL 35068

Georgia Dept. of Revenue
P.O. Box 740397
Atlanta, GA 30374-0397

Harrison County Tax Collector
1801 23rd Ave.
Gulfport, MS 39501

Harvest/Monrovia Lawn Care
266 Nick Davis Rd
Madison, AL 35757

Intermark Group, Inc.
101 25th St. N
Birmingham, AL 35203

John M. O'Neil III
8500 Fowler Ave.
Pensacola, FL 32534

Hitachi Capital America Corp.
7808 Creekridge Cir., #250
Minneapolis, MN 55439

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John M. O'Neill III
8500 Fowler
Pensacola, FL 32534

Hitachi Capital America Corp.
P.O. Box 1880
Minneapolis, MN 55480-1880

Ivory J. Jones
2406 Kansas St.
Baton Rouge, LA 70802

John Michael Plumbing LLC
3004 Old Big Cove Road
Owens Cross Roads, AL 35763

Hobart Sales & Service
10850 Hwy 72
Rogersville, AL 35652

Jackson Lewis PC
P.O. Box 416019
Boston, MA 02241-6019

Kesco
1600 W Main St
Pensacola, FL 32502

Holley Navarre Water System
P O Box 6539
Navarre, FL 32566

JAMES B. PITTMAN JR PC
P O Box 2525
Daphne, AL 36526

Lamar Advertising
P.O. Box 96030
Baton Rouge, LA 70896

HRDirect
P.O. Box 669390
Pompano Beach, FL 33066-9390

Jefferson County Tax Assessor
716 Richard Arrington Jr. Blvd. N
#170
Birmingham, AL 35203

Lawns by Tre LLC
10596 Steeplechase DR
Gulfport, MS 39503

Huntsville Utilities
ATTN: Commercial
112 Spragins Street SW
Huntsville, AL 35801

JMC Properties, LLC
P.O. Box 70
Douglasville, GA 30133

Lee County Revenue Commissione
215 S. 9th St.
Opelika, AL 36801

IHS Services Inc
2603 Highland Ave
Montgomery, AL 36107

JMF Solutions Inc
P O BOX 222
Monroe, AL 36559

Lewis Critter Gitter Pest Control In
7050 W. Fairfield Dr.
Pensacola, FL 32506

Information Transport Solutions, Inc
335 Jeanette Barrett Industrial Blvd
Wetumpka, AL 36092

Joey Hostilo
5311 Oxford Dr
Columbus, GA 31904

Lewis Critter Gitter Pest Control cFl
P O Box 850
Elberta, AL 32504-6252

Liberty Utilities
75 Remittance Drive, Suite 1918
Chicago, IL 60675

Mediacom - NC71219
P O Box 71219
Charlotte, NC 28272-1219

Montgomery Revenue Commission
100 S. Lawrence St.
Montgomery, AL 36104

Louisiana Dept. of Revenue
P.O. Box 201
Baton Rouge, LA 70821-0201

Mediacom - NC71222
P O Box 71222
Charlotte, NC 28272-1222

Montgomery Water Works & Sewe
P.O. Box 1670
Montgomery, AL 36102

M2 Lease Funds, LLC
175 N. Patrick Blvd., #140
Brookfield, WI 53045

Mid-Coast Lawn Management Inc
PO Box 6882
Miramar Beach, FL 32550

Mood Media N America Holdings C
P.O. Box 71070
Charlotte, NC 28272

Madison County Tax Assessor
171 Cobblestone Dr.
Madison, MS 39110

Mississippi Dept. of Revenue
P.O. Box 23050
Jackson, MS 39225-3050

Nix Landscape & Maintenance Inc
P.O. Box 7531
Gulf Shores, AL 36547

Madison County Tax Collector
100 North Side Square, #116
Huntsville, AL 35801

Mississippi Power
P O Box 245,
Birmingham, AL 35201

North Alabama Gas
P.O. Box 1428
Madison, AL 35758

Marc B. Morris
4655 Christy Drive
Pensacola, FL 32504

Mist Works
2751 Avalon Blvd.
Milton, FL 32583

North Baldwin Utilities
25 Hand Ave
Bay Minette, AL 36507

Marvin Hillard
P O Box 54322
Pearl, MS 39288

Mobile Area Water & Sewer System
P O Box 830130
Birmingham, AL 35283-0130

Okaloosa County Tax Collector
1250 N. Eglin Pkwy., #101
Shalimar, FL 32579

McAdam Properties, LLC
151 Industrial Dr.
Birmingham, AL 35211

Mobile County Revenue Commission
3925 Michael Blvd., #G
Mobile, AL 36609

Okaloosa Gas District
P O Box 548
Valparaiso, FL 32580

McLemore Electric, Inc.
P. O. Box 9625
Pensacola, FL 32513

Mobile Fixtures & Equipment
1155 Montlimar Dr.
Mobile, AL 36609

On The Rocks LLC dba Joe T's W/
286 Hwy 51
Ridgeland, MS 39157

Orange Beach Water Authority
P. O. Box 247
Orange Beach, AL 36561

Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250

Restaurant Technologies, Inc
12962 Collections Center Drive
Chicago, IL 60693

P & M Investment Company
2 Buckland Abbey
Nashville, TN 37215

Plaintiff Groves
c/o H. Alison Burns, Esq.
ADA Group, LLC
P.O. Box 231477
Montgomery, AL 36123

Restaurant365
500 Technology Dr., #2
Irvine, CA 92618

Panhandle Pride Landscaping
633 Sandalwood Drive.
Destin, FL 32541

Polar Bear Services, LLC
2126 Lakeview Trace
Trussville, AL 35173

Riviera Utilities
Payment Processing Center
P O Box 580052
Charlotte, NC 28258-0052

Parker's Landscape Service LLC
P.O. Box 17361
Hattiesburg, MS 39404

Professional Refrigeration & Maintenance
2105 Greenslope Trail NE
Huntsville, AL 35811

Roto Rooter (GP Location)
P O Box 3498
Gulfport, MS 39505

PC Properties 741, LLC
c/o Kalo Properties II, LLC
1114 Thomasville Rd., #Q
Tallahassee, FL 32303

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250

Roto Rooter - Lynn Haven
2990 Minnesota Ave.
Lynn Haven, FL 32444

Pensacola News Journal
P.O. Box 677590
Dallas, TX 75267

R.E. Moore Construction Inc
1817 Blue Granite Ct
Marietta, GA 30066

RSM US, LLP
100 International Dr., #14
Baltimore, MD 21202

Peoples Water Service of Fl Inc
PO Box 4815
Pensacola, FL 32507

Ray L. Crowell, Wanda Lundy, William
 Rouse and E.G. Warren, Jr.
d/b/a Highway 49 Venture
9034 Carl Legett Rd.
Gulfport, MS 39503

SafeGuard Corporation
39610 US Highway 280
Sylacauga, AL 35150

Philippou Brothers, Inc.
236 Charleston Ct. S
Montgomery, AL 36117

REDI-TO-SERV
P O Box 2709
Huntsville, AL 35804

Santa Rosa County Tax Collector
6495 Caroline St. E
Milton, FL 32570

Phillippou Brothers Inc
2224 North University Street
Visalia, CA 93291

Regions Bank
1180 W. Peachtree St., #1400
Mail Code GAAT11400B
Attn: JoAnn Tehranchi
Atlanta, GA 30309

SB FSD, LLC
c/o G2 Capital Advisors, LLC
420 Boylston St., #302
Boston, MA 02116

SB Ridgeland LLC
30530 Middle Creek Circle
Spanish Fort, AL 36527

Soundside Market, LLC
Baybridge Professional Park, #113
Attn: Julian B. MacQueen
Gulf Breeze, FL 32561

SYSCO GULF COAST INC.
2001 West Magnolia Ave
Genevia, AL 36340

SBBC Shell, LLC
c/o G2 Capital Advisors, LLC
420 Boylston St., #302
Boston, MA 02116

South Alabama Gas
714 West Front Street
Evergreen, AL 36401

TECO Peoples Gas
P O Box 31318
Tampa, FL 33631-3318

SBNH, LLC
c/o G2 Capital Advisors, LLC
420 Boylston St., #302
Boston, MA 02116

South Baldwin Chamber of Commerce
P.O. Box 1117
Foley, AL 36536

The Groundskeeper Lawn Maintenan
2451 Semur Rd.
Pensacola, FL 32503

Sewer & Water Utility Bill
P.O. Box 830269,
Birmingham, AL 35283

Spectrum Business
P O Box 742614
Cincinnati, Oh 45274-2614

The Yard Works of West Alabama
3203 Pin Oak Dr,
Tuscaloosa, AL 35405

Shoes for Crews LLC
P O Box 734176
Chicago, IL 60673-4176

Spire
PO BOX 2224
Birmingham, AL 35246-0022

Thornton's Lawn Care LLC
P O Box 311
Vinemont, AL 35179

Shrimp Basket Holdings, LLC
7282 Plantation Rd., #301
Pensacola, FL 32504

Spire - Ms
P O Box 93229
Atlanta, Ga 31193-2299

Tiger WM, LLC
1695 East University Drive
Auburn, AL 36830

Shrimp Basket Restaurants, LLC
201 N. New York Ave., #200
Winter Park, FL 32789

Stewart's Electrical Contractors Inc
40680 State Hwy 59
Bay Minette, AL 36507

Tiger-WM, LLC
c/o Redd Realty Services
4200 Northside Pkwy.
Bldg. 10, #101
Atlanta, GA 30327-3080

Snapper Leasing, LLC
P.O. Box 904
Orange Beach, AL 36561

Summit Investment Management
1700 Lincoln St., #2150
Denver, CO 80203

Tillman's Corner Partners, LP
P O Box 235021
Montgomery, AL 36123

SoftTouch, LLC
45 Old Solomons Island Rd., #102
Annapolis, MD 21401

Sun Herald Advertising
P.O. Box 51219
Livonia, MI 48151

Tillman's Corner Partners, LP
c/o Aronov Realty Management, Inc
P.O. Box 23500
Attn: Legal Dept.
Montgomery, AL 36123-5000

Tillman's Corner Partners, LP
c/o Aronov Realty Management, Inc.
P.O. Box 235000
Attn: Legal Department
Montgomery, AL 36123-5000

Warren Averett, LLC
2500 Action Rd.
Birmingham, AL 35243

Tom Parrott, Esq.
Moore & Van Allen PLLC
100 N. Tyron St.
Charlotte, NC 28202

Waste Management
P O Box 55558
Boston, MA 02205-5558

TSI
P.O. Box 2422,
Orange Beach, AL 36561

Waste Pro - Gauiter
PO Box 865289,
Orlando, FL 32886

TSSAF Properties, LLC
P.O. BOX 77130
Baton Rouge, LA 70879

Waste Pro - Molbie
P O Box 865261
Orlando, FL 32886-5261

TSSAF, LLC
4225 Perkins Rd.
Baton Rouge, LA 70808

Webb's Seafood Inc
12603 Highway 231
Youngstown, FL 32466

Tuscaloosa County Tax Collector
714 Greensboro Ave.
Tuscaloosa, AL 35401

Webster Bank, N.A.
185 Asylum St., 5th Fl.
HFD 610
Attn: Donna Webster
Hartford, CT 06103

TWC Inc
P O Box 1612
Des Moines, IA 50306-1612

Whaley Foodservice
P.O. Box 615
Lexington, SC 29071

UL, LLC
333 Pfingsten Road
Northbrook, IL 60062

Wheels Up, Inc.
P.O. Box 904
Gulf Shores, AL 36547

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266

WOW Business
P O Box 70999
Charlotte, NC 28272-0999