# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case Number: | 20-30642 KKS | Trustee: | Mary W. Colón |
|---|---|---|---|
| Case Name: | SBIH LLC | Filed (f) or Converted (c): | 07/16/20 (f) |
| | | §341(a) Meeting Date: | 09/02/20 |
| Period Ending: | 12/31/23 | Claims Bar Date: | 12/11/20 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Synovus Bank [account title - Shrimp Basket of Perdido Key, LLC] [book balance as of 07/15/2020] Business Checking Account 4093 | 25,833.61 | 25,833.61 | | 5,950.58 | FA |
| 2 | SBBC Shell, LLC; EIN - 26-2657180 [subsidiary debtor entity] 100 %<br>estimated value; investigation pending | Unknown | 100,000.00 | | 0.00 | FA |
| 3 | SB FSD, LLC; EIN - 46-1292005 [subsidiary debtor entity] 100 %<br>estimated value; investigation pending | Unknown | 100,000.00 | | 0.00 | FA |
| 4 | National Surety Corporation Commercial Business Insurance Policy No. S.60.MXC80517990 [08/01/2019 -08/01/2020]<br>unknown; estimated value | 0.00 | 100.00 | | 0.00 | FA |
| 5 | Independent Speciality Insurance Company General Property Insurance Policy No. VIS.CN.0001917.01 [08/01/2019 - 08/01/2020]<br>estimated value | 0.00 | 100.00 | | 0.00 | FA |
| 6 | Certain Underwriters at Lloyds (Consortium #9226) General Property Insurance Policy No. VPC.CN.0001917.01 [08/01/2019 - 08/01/2020]<br>estimated value | 0.00 | 100.00 | | 0.00 | FA |
| 7 | Interstate Fire & Casualty Company General Property Insurance Policy No. VRX.CN.0001917.01 [08/01/2019 -08/01/2020]<br>estimated value | 0.00 | 100.00 | | 0.00 | FA |
| 8 | Preferential payments (u)<br>unknown value; estimated; investigation pending | 0.00 | 1,000,000.00 | | 0.00 | FA |
| 9 | Potential Claims (u)<br>unknown value; estimated value; investigation pending | 0.00 | 2,000,000.00 | | 12,500.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$25,833.61** | **$3,226,233.61** | | **$18,450.58** | **$0.00** |

**Major activities affecting case closing:**
Notice of Compliance filed at doc. 56.
Order doc. 48 served at doc. 49.
Application to Employ Accountant filed at doc. 47; order submitted 3-30-21.
Notice of Assets filed at doc. 14.

potential Employee credits
Jointly administered with Case Nos. 20-30643 and 20-30644

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Thomson Brock is employed as Accountant
Brian Rich is employed as Special Counsel
Andrew Bekker is employed as Financial Advisor
TFR
TDR

**Initial Projected Date of Final Report (TFR):** December 31, 2021     **Current Projected Date of Final Report (TFR):** June 30, 2024

    January 22, 2024     /s/ Mary W. Colón
         Date     Mary W. Colón

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 20-30642 KKS | Trustee: | Mary W. Colón |
|---|---|---|---|
| Case Name: | SBIH LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******1125 - Checking |
| Taxpayer ID#: | ******8798 | Blanket Bond: | $5,757,000.00 (per case limit) |
| Period: | 01/01/23 - 12/31/23 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/02/20 | Asset #1 | Shrimp Basket Holding | balance funds | 1129-000 | 5,950.58 | | 5,950.58 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.61 | 5,942.97 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 9.82 | 5,933.15 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 9.80 | 5,923.35 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 9.18 | 5,914.17 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 8.85 | 5,905.32 |
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.73 | 5,894.59 |
| 04/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 9.45 | 5,885.14 |
| 05/28/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 8.80 | 5,876.34 |
| 06/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.36 | 5,865.98 |
| 07/01/21 | Asset #9 | Shrimp Basket Restaurants, LLC | settlement proceeds Order Doc. 51; Shrimp Basket Restaurants, LLC | 1249-000 | 12,500.00 | | 18,365.98 |
| 07/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 24.76 | 18,341.22 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 31.36 | 18,309.86 |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.35 | 18,280.51 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 28.32 | 18,252.19 |

Page: 2

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 20-30642 KKS | Trustee: | Mary W. Colón |
|---|---|---|---|
| Case Name: | SBIH LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******1125 - Checking |
| Taxpayer ID#: | ******8798 | Blanket Bond: | $5,757,000.00 (per case limit) |
| Period: | 01/01/23 - 12/31/23 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 31.20 | 18,220.99 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 30.18 | 18,190.81 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 30.13 | 18,160.68 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 27.17 | 18,133.51 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 30.03 | 18,103.48 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.10 | 18,074.38 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.37 | 18,045.01 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.32 | 18,015.69 |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.28 | 17,986.41 |
| 08/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.23 | 17,957.18 |
| 09/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.18 | 17,928.00 |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.13 | 17,898.87 |
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.09 | 17,869.78 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.04 | 17,840.74 |
| 01/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 28.99 | 17,811.75 |

Page: 3

## Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 20-30642 KKS | **Trustee:** | Mary W. Colón |
|---|---|---|---|
| **Case Name:** | SBIH LLC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******1125 - Checking |
| **Taxpayer ID#:** | ******8798 | **Blanket Bond:** | $5,757,000.00 (per case limit) |
| **Period:** | 01/01/23 - 12/31/23 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 30.02 | 17,781.73 |
| 03/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.86 | 17,751.87 |
| 04/28/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.92 | 17,721.95 |
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.70 | 17,692.25 |

|  |  | |
|---|---:|---:|
| **ACCOUNT TOTALS** | 18,450.58 | 758.33 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 18,450.58 | 758.33 |
| Less: Payment to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$18,450.58** | **$758.33** |

$17,692.25

| | |
|---|---:|
| Net Receipts: | $18,450.58 |
| Net Estate: | $18,450.58 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **Checking # ******1125** | 18,450.58 | 758.33 | 17,692.25 |
| | **$18,450.58** | **$758.33** | **$17,692.25** |